**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Orbit Marketing, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Climax Solar**<br>**DBA  Climax Electrical Service**<br>**DBA  Option 1 Genetics** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-2227741** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**7017 S. Westnedge Ave.**
**Portage, MI 49002**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Kalamazoo**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.climaxsolar.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Orbit Marketing, LLC**                                    Case number (*if known*) _____
         Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____2382____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
                                                                                                 ☐ Yes.
If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor    **Orbit Marketing, LLC**        Case number (*if known*) _____
     Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ When _____ | | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### ▇ Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor  **Orbit Marketing, LLC**                                                    Case number (*if known*) _____
     Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Orbit Marketing, LLC**                                    Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 26, 2024**
            MM / DD / YYYY

**X** **/s/ Joshua L. Thompson**                    **Joshua L. Thompson**
Signature of authorized representative of debtor     Printed name

Title  **Sole Member**

**18. Signature of attorney**

**X** **/s/ James R. Oppenhuizen**          Date  **April 26, 2024**
Signature of attorney for debtor                     MM / DD / YYYY

**James R. Oppenhuizen P68715**
Printed name

**Oppenhuizen Law Firm, PLC**
Firm name

**PO Box 7165**
**Grand Rapids, MI 49510**
Number, Street, City, State & ZIP Code

Contact phone  **616-730-1861**     Email address  **joppenhuizen@oppenhuizenlaw.com**

**P68715 MI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Orbit Marketing, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 26, 2024**          X **/s/ Joshua L. Thompson**
                                                           Signature of individual signing on behalf of debtor

                                                           **Joshua L. Thompson**
                                                           Printed name

                                                           **Sole Member**
                                                           Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Orbit Marketing, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1st Source Bank PO Box 4055 South Bend, IN 46634** | | **Overdrawn Bank Account** | | | | **$33,657.93** |
| **American Express Business Centurion Card Attn: Bankruptcy PO Box 981535 El Paso, TX 79998-1535** | | **Business Credit Card Purchases** | | | | **$457,302.67** |
| **American Express Business Platinum Card Attn: Bankruptcy PO Box 981535 El Paso, TX 79998-1535** | | **Business Credit Card Purchases** | | | | **$407,470.40** |
| **Chase Ink PO Box 15298 Wilmington, DE 19850-5298** | | **Business Credit Card Purchases** | | | | **$136,486.31** |
| **Element 22 Commercial Group 2425 S. 11th St. Suite D Kalamazoo, MI 49009** | | **265 Lakeshore Dr. Battle Creek, MI (Island Property) PPN 8190-17-614-0 (Mainland) and 0073-00-210-0 (Island).** | | **$486,000.00** | **$1,200,000.00** | **$486,000.00** |
| **GM Financial 4001 Embarcadero Arlington, TX 76014** | | **2019 Ford F250 VIN Ending G27864 Value Estimated based on current condition, mileage and usage.** | | **$56,800.50** | **$30,000.00** | **$26,800.50** |

Debtor **Orbit Marketing, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Honor Credit Union Business Services 8385 Edgewood Rd. Berrien Springs, MI 49103** | | **2018 Isuzu Tractor - Value based on debtor's estimate.** | | $47,594.42 | $14,000.00 | $33,594.42 |
| **Honor Credit Union Business Services 8385 Edgewood Rd. Berrien Springs, MI 49103** | | **2017 Freightliner M2 VIN Ending JF0549 Value based on Debtor's estimate. Vehicle is inoperable presently.** | | $63,936.47 | $31,000.00 | $32,936.47 |
| **Honor Credit Union Business Services 8385 Edgewood Rd. Berrien Springs, MI 49103** | | **Business Credit Card Purchases** | | | | $47,066.47 |
| **Honor Credit Union Business Services 8385 Edgewood Rd. Berrien Springs, MI 49103** | | **Guaranty of Millers Wholesale, Inc. 1st mortgage on 2450 Columbia, Battle Creek, MI** | | | | $647,358.11 |
| **Honor Credit Union Business Services 8385 Edgewood Rd. Berrien Springs, MI 49103** | | **Guaranty of Millers Wholesale, Inc. 2d mortgage on 2450 Columbia, Battle Creek, MI** | | | | $451,442.00 |
| **Kalamazoo Baseball, LLC 251 Mills St. Kalamazoo, MI 49048** | | | | | | $79,950.00 |
| **Lockhart Management 2725 Airview Blvd. Suite 202 Portage, MI 49002** | | **Unpaid / Past Due Rent** | | | | $100,000.00 |
| **M Dewey, LLC c/o Owen D. Ramey 136 E. Michigan Ave. Ste. 800 Kalamazoo, MI 49007** | | **Venem, LLC Company owns real estate located at 5222 Portage Rd., Portage, MI 49002. It also owns the restaurant equipment, tables, chairs, kitchen** | | $434,928.65 | $400,000.00 | $34,928.65 |

Debtor  **Orbit Marketing, LLC**                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Michigan Home Pros 10879 West Mt. Hope Hwy Vermontville, MI 49096** | | | | | | **$67,720.00** |
| **People Driven Credit Union 24333 Lahser Rd. Southfield, MI 48033** | | **265 Lakeshore Dr. Battle Creek, MI (Island Property) PPN 8190-17-614-0 (Mainland) and 0073-00-210-0 (Island).** | | **$497,812.42** | **$1,200,000.00** | **$497,812.42** |
| **Playfly LLC c/o MSU Sports Properties PO Box 743049 Los Angeles, CA 90074** | | | | | | **$32,500.00** |
| **Sunlight Financial 234 West 39th St. 7th Floor New York, NY 10018** | | | | | | **$51,408.00** |
| **Sunpower PO Box 742368 Los Angeles, CA 90074-2368** | | | | | | **$935,540.56** |
| **Wells Fargo Bank NA Attn Bankruptcy PO Box 10347 Des Moines, IA 50306-0522** | | | | | | **$88,833.68** |

**Fill in this information to identify the case:**

Debtor name **Orbit Marketing, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ **2,630,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $ **2,487,054.04**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $ **5,117,054.04**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **5,504,743.10**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ **4,195,186.45**

4. Total liabilities .......................................................................................................
Lines 2 + 3a + 3b

$ **9,699,929.55**

**Fill in this information to identify the case:**

Debtor name **Orbit Marketing, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number *(if known)*

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**        **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.   **Cash on hand** | **$0.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **1st Source Bank** | **Checking** | | **$4,342.07** |
| 3.2. | **Chase - Account is in the process of being closed by Chase on Chase's initiative. Account overdrawn after Chase closed the account** | **Checking** | 5245 | **$0.00** |
| 3.3. | **Chase - Account is in the process of being closed by Chase on Chase's initiative. Account overdrawn after Chase closed the account** | **checking** | 6136 | **$0.00** |
| 3.4. | **Chase - Account is in the process of being closed by Chase on Chase's initiative.** | **Checking** | 6512 | **$19,695.13** |
| 3.5. | **Chase Account: Valu Energy, LLC** | | 8572 | **$54,820.41** |

Debtor    **Orbit Marketing, LLC**                                    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 3.6. | Chase Valu Energy, LLC | | 9509 | $1,962.94 |
| 3.7. | Honor Credit Union - Account frozen by Honor Credit Union | Checking | 0780 | $16,783.00 |
| 3.8. | Honor Credit Union - Account is overdrawn | Savings | | $0.00 |
| 3.9. | LAFCU | Checking | | $4,559.54 |
| 3.10. | Fifth Third Bank | Checking | | $38,074.38 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $140,237.47 |
    |---|

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.  **Security Deposit Leased Office Space 2725 Airview Blvd. 3rd Floor, Portage, MI 49002**      $53,006.00

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    8.1.  **Prepaid Lease**                                                              $53,006.00

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

    | $106,012.00 |
    |---|

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor    **Orbit Marketing, LLC**                                    Case number *(If known)* _____
        <sub>Name</sub>

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **196,437.71** - | **49,109.43** =.... | **$147,328.28** |
| | face amount | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | **1,064,220.09** - | **798,165.07** =.... | **$266,055.02** |
| | face amount | doubtful or uncollectible accounts | |

12.    **Total of Part 3.**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | **$413,383.30** |

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.    **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1. **Coinbase Account - Fund traded crypto-currency account. Account captured in a phishing scheme. Account is curerntly locked and Debtor cannot access it. Coinbase's fraud department is reviewing the account and activities in the account. It is unclear how much the scammers were able to deduct from the account. Orbit Marketing, LLC was able to withdraw a substantial amount before the account was frozen, but the scammers had taken a substantial amount out by then as well. Balance is estimated and will be amended once access is restored. Debtor understands its obligation to divest of cryptocurrency while in bankruptcy, and will do so as soon as Debtor has access to the account.** | | **$20,000.00** |
| 14.2. **Robinhood investment and trading account. Minor investments in stocks. Debtor understands its obligation to divest its marketable securities while in bankruptcy. Debtor will accomplish this upon filing. Fuds to be deposited in Debtor's Fifth Third checking account.** | | **$586.00** |

| | % of ownership | |
|---|---|---|
| 15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | | |
| 15.1. **Long Island Cafe, LLC - Debts exceed the value of company's assets** | **100** % | **$0.00** |
| 15.2. **Miller's Wholesale, Inc. DBA Quality Plumbing & Drain. Debts exceed the value of assets.** | **100** % | **$0.00** |

| Debtor | **Orbit Marketing, LLC** | | Case number *(If known)* | |
| | Name | | | |

| 15.3. | **Valu Energy, LLC - Business has not operated.  It holds two bank accounts that are listed on Debtor's schedules.  Company has no value.** | % | | $0.00 |

| 15.4. | **Venem, LLC** **Company owns real estate located at 5222 Portage Rd., Portage, MI 49002.  It also owns the restaurant equipment, tables, chairs, kitchen equipment and tools, plates, silverware, and various related assets. Venem, LLC has an agreement with Thompson Marketing, LLC, which is owned by Zak Thompson, which operates a restaurant called Long Island Cafe (Portage).** | % | | $400,000.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
   Describe:

17. **Total of Part 4.**

   Add lines 14 through 16.  Copy the total to line 83.

   | | $420,586.00 |

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture** **General Office Furniture located at 7017 S. Westnedge** | $0.00 | | $5,000.00 |

40. **Office fixtures**

Debtor    **Orbit Marketing, LLC**                                    Case number *(If known)*
                    Name

**Leasehold Improvements - Leasehold Improvements are likey valueless; Debtor operates from real estate it owns, and has not made significant improvements to property it was leasing or is leasing currently. Book value shown below; actual current value reflects no improvements that provide any value to Debtor.**                    $142,545.59                                    $100.00

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                        $5,100.00
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2010 Ford F150 VIN Ending 99612 Value Estimated based on current condition, mileage and usage.** | $0.00 | | $2,500.00 |
| 47.2.    **2012 Ford Fiesta VIN MI0005257497 Value Estimated based on current condition, mileage and usage.** | Unknown | | $850.00 |
| 47.3.    **2012 Ford Transit Van  VIN Ending 101285 Value Estimated based on current condition, mileage and usage.** | Unknown | | $750.00 |
| 47.4.    **2012 Nissan Altima VIN Ending 215128 Value estimated based upon condition and usage.** | Unknown | | $300.00 |

Debtor   **Orbit Marketing, LLC**                                              Case number *(If known)* _____
         Name

| | | | | |
|---|---|---|---|---|
| 47.5. | **2014 Dodge Grand Caravan VIN ending 415464**<br>Value estimated based upon condition and usage. | **Unknown** | | **$600.00** |
| 47.6. | **2014 Honda Accord VIN Ending 018693** | **Unknown** | | **$800.00** |
| 47.7. | **2015 Ford SRW Super Pickup VIN Ending D38312** | **Unknown** | | **$13,000.00** |
| 47.8. | **2016 Acura ILX VIN Ending 004751**<br>Value estimated based upon condition, usage and overall saleability of vehicle. | **Unknown** | | **$5,000.00** |
| 47.9. | **2016 Chevrolet Trax VIN Ending 157462**<br>Value Estimated based on current condition, mileage and usage. | **$0.00** | | **$4,500.00** |
| 47.10· | **2016 Ford F150 VIN Ending B72524**<br>Value Estimated based on current condition, mileage and usage. | **Unknown** | | **$7,800.00** |
| 47.11· | **2016 Ford Focus VIN Ending 345748**<br>Value Estimated based on current condition, mileage and usage. | **Unknown** | | **$3,250.00** |
| 47.12· | **2016 Ford Focus VIN Ending 239220**<br>Value estimated based upon condition, usage and detailed branding on vehicle. | **$0.00** | | **$500.00** |
| 47.13· | **2016 Kia Optima EIN Ending 098527**<br>Value based on debtor's estimate in light of condition, usage and overall saleability. | **Unknown** | | **$1,500.00** |
| 47.14· | **2017 Ford Escape Station Wagon VIN Ending E178953**<br>Value estimated based on condition and general usage. | **Unknown** | | **$1,800.00** |
| 47.15· | **2017 Freightliner M2  VIN Ending JF0549**<br>Value based on Debtor's estimate. Vehicle is inoperable presently. | **Unknown** | | **$31,000.00** |
| 47.16· | **2018 Ford F250 Pickup VIN Ending B00226**<br>Value Estimated based on current condition, mileage and usage. | **Unknown** | | **$14,000.00** |
| 47.17· | **2018 Isuzu Tractor - Value based on debtor's estimate.** | **Unknown** | | **$14,000.00** |

| Debtor | **Orbit Marketing, LLC** | | Case number *(If known)* | |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.18 · | **2019 Chevrolet Silverado VIN Ending 147180**<br>Vehicle is in very rough shape and has more than 140,000 miles on it. | Unknown | | $18,500.00 |
| 47.19 · | **2019 Ford F250 VIN Ending G27864**<br>Value Estimated based on current condition, mileage and usage. | Unknown | | $30,000.00 |
| 47.20 · | **2020 Kia Niro VIN Ending 447704**<br>Value estimated based on condition, usage and significant branding on vehicle. | Unknown | | $6,250.00 |
| 47.21 · | **2020 Kia Niro VIN Ending 439479**<br>Value estimated based upon condition and usage, as well as significant branding on vehicle. | $0.00 | | $7,200.00 |
| 47.22 · | **2021 Kia Niro VIN Ending 5463028**<br>Value estimated based on usage, condition and extensive branding on vehicle. | Unknown | | $3,800.00 |
| 47.23 · | **2021 Kia Niro VIN Ending 471277**<br>Value estimated based on usage, condition and extensive branding on vehicle. | Unknown | | $2,500.00 |
| 47.24 · | **2021 Kia Niro VIN Ending 463042**<br>Value estimated based upon condition and usage, as well as significant branding on vehicle. | $0.00 | | $8,600.00 |
| 47.25 · | **2021 Kia Niro VIN Ending 463497**<br>Value estimated based upon condition, usage and detailed branding on vehicle. | $0.00 | | $7,900.00 |
| 47.26 · | **2021 Kia Niro VIN Ending 486572**<br>Value estimated based upon condition, usage and detailed branding on vehicle. | $0.00 | | $8,200.00 |
| 47.27 · | **2021 Kia Niro VIN Ending 487991**<br>Value based on debtor's estimate as a result of condition, usage and branding on vehicle. | Unknown | | $8,300.00 |
| 47.28 · | **2021 Kia Niro VIN Ending 488976**<br>Value estimated based upon condition, usage and detailed branding on vehicle. | Unknown | | $8,100.00 |

Debtor      **Orbit Marketing, LLC**_____      Case number *(If known)* _____
            Name

| | | | |
|---|---|---|---|
| 47.29 · | **2022 Kia Niro VIN Ending 512909** <br> **Value estimated based upon condition** <br> **and usage, as well as significant** <br> **branding on vehicle.** | **Unknown** | **$14,100.00** |
| 47.30 · | **2022 Kia Niro VIN Ending 534645** <br> **Value estimated based upon condition** <br> **and usage, as well as significant** <br> **branding on vehicle.** | **Unknown** | **$13,800.00** |
| 47.31 · | **2022 Kia Niro VIN Ending 495202** <br> **Value estimated based upon condition,** <br> **usage and detailed branding on vehicle.** | **Unknown** | **$8,100.00** |
| 47.32 · | **2022 Kia Niro VIN Ending 525446** <br> **Value estimated based upon condition,** <br> **usage and detailed branding on vehicle.** | **Unknown** | **$12,000.00** |
| 47.33 · | **2022 Kia Niro VIN Ending 535767** <br> **Value estimated based upon condition,** <br> **usage and detailed branding on vehicle.** | **Unknown** | **$13,875.00** |
| 47.34 · | **2022 Kia Niro VIN Ending 516097** <br> **Value estimated based upon condition,** <br> **usage and detailed branding on vehicle.** | **$0.00** | **$2,050.00** |
| 47.35 · | **2022 Kia Niro VIN Ending 547419** | **Unknown** | **$6,500.00** |
| 47.36 · | **2022 Kia Niro VIN Ending 508906** <br> **Value Estimated based on current** <br> **condition, mileage and usage.** | **Unknown** | **$8,200.00** |
| 47.37 · | **2022 Ram 2500 VIN Ending 366869** <br> **Value estimated based upon condition** <br> **and usage** | **$0.00** | **$24,000.00** |
| 47.38 · | **2022 Jeep Wagoneer** | **$0.00** | **$58,500.00** |
| 47.39 · | **2020 Buick Encore GX VIN ending** <br> **131457** <br> **Value based on debtor's estimate, usage** <br> **and condition.** | **$0.00** | **$8,000.00** |
| 47.40 · | **2021 Kia Niro VIN ending 471241** <br> **Value estimated by debtor based on** <br> **condition, usage and significant** <br> **branding on vehicle.** | **$0.00** | **$2,500.00** |

Debtor    **Orbit Marketing, LLC**                                      Case number *(If known)* _____
           Name

| | | | |
|---|---|---|---|
| 47.41· | **2023 Kia Sportage VIN ending 055840**<br>**Vehicle totaled** | $0.00 | $0.00 |
| 47.42· | **2022 Kia Niro VIN ending 553667**<br>**Vehicle totalled.** | $0.00 | $0.00 |
| 47.43· | **2017 Ford Taurus VIN ending 120077**<br>**Vehicle totalled** | $0.00 | $0.00 |
| 47.44· | **2023 Kia Sportage VIN ending 2660**<br>**Value estimated based upon debtor's**<br>**use of vehicle and condition.** | $0.00 | $20,000.00 |
| 47.45· | **2020 Kia Niro VIN ending 8906**<br>**Value estimated based on debtor's**<br>**usage, condition and branding on**<br>**vehicle.** | $0.00 | $5,150.00 |
| 47.46· | **2016 Ford Fiesta VIN ending 1368**<br>**Value estimated based on debtor's**<br>**usage of vehicle, condition and general**<br>**saleability.** | $0.00 | $500.00 |
| 47.47· | **2020 Kia Niro VIN ending 9494**<br>**Value estimated based on condition,**<br>**debtor's usage of vehicle and significant**<br>**branding on vehicle.** | $0.00 | $7,000.00 |
| 47.48· | **2017 Chevrolet Trax VIN ending 7462**<br>**Value based on debtor's usage of**<br>**vehicle and its condition.** | $0.00 | $3,000.00 |
| 47.49· | **2022 Ram 3500**<br>**Value estimated.** | $0.00 | $40,000.00 |
| 47.50· | **2020 Chevrolet Silverado**<br>**Value estimated** | $0.00 | $20,000.00 |
| 47.51· | **2019 GMC** | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| 48.1. | **2002 Bennington Boat - 28 ft.** | $0.00 | $14,000.00 |
| 48.2. | **2021 Harris Boat - 22 Ft.** | $0.00 | $14,000.00 |
| 48.3. | **40 Ft. Barge (Value Estimated)** | $0.00 | $10,000.00 |

Debtor    **Orbit Marketing, LLC**                                        Case number *(if known)* _____
       Name

| | | | |
|---|---|---|---|
| 48.4. | **Two 14 Foot Aluminum Boats with 8 HP boat motors.  Value for both boats below is estimated** | $0.00 | $3,500.00 |
| 48.5. | **16 Ft. Aluminum Boat (Lund) with 15 HP Boat Motor** | $0.00 | $3,000.00 |
| 48.6. | **Early 2000s Wave Runner (1000 CC) Value Estimated** | $0.00 | $2,500.00 |
| 48.7. | **Early 2000s Wave Runner (1000 CC) Value Estimated** | $0.00 | $2,500.00 |
| 49. | **Aircraft and accessories** | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
| | Mini Track Loader MT100 B52P13938 | $0.00 | $10,000.00 |
| | **Bobcat Angle Broom 68 in. B4KLZ03312** | $0.00 | $800.00 |
| | **Bobcat Compact Track Loader T595 B57U13588** | $0.00 | $30,000.00 |
| | **Bobcat Compact Track Loader s/n B57U13608** | $0.00 | $30,000.00 |
| | **Various Machinery and Equipment not listed elsewhere, used in the installation of solar power equipment and connection to homes. Value is estimated.** | $0.00 | $10,000.00 |
| | **Various non-motorized water sports equipment located at the property designated "The Island" 265 Lakeshore Dr. Battle Creek. Items include paddle boards, kayaks, paddles, inner tubes and similar items.** | $0.00 | $2,000.00 |
| | **Trencher Machine** | $0.00 | $500.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

| $611,575.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    **Orbit Marketing, LLC**                              Case number *(If known)* _____
Name

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **265 Lakeshore Dr. Battle Creek, MI (Island Property) PPN 8190-17-614-0 (Mainland) and 0073-00-210-0 (Island).** | Fee Simple | $0.00 | | $1,200,000.00 |
| 55.2.  **256 N. Helmer Rd., Battle Creek, MI** | Fee Simple | $0.00 | | $300,000.00 |
| 55.3.  **598 Avenue A, Springfield, MI PPN 13-54-003-027-20** | Fee Simple | $105,000.00 | | $105,000.00 |
| 55.4.  **7017 South Westnedge Ave., Portage, MI  PPN 00015-030-A** | | $0.00 | | $1,025,000.00 |

56.    **Total of Part 9.**                                                                      | $2,630,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

---

Debtor    **Orbit Marketing, LLC**
Name                                                                Case number *(If known)* _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** **Customer List - Value significantly diminished due to the actions of Debtor's former President, Aaron Teachout and Director of Business Development, which are detailed under causes of action against others.** | $0.00 | | $1.00 |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** **Goodwill** | $0.00 | | $100.00 |

| | |
|---|---|
| 66.  **Total of Part 10.** | $101.00 |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

| Debtor | **Orbit Marketing, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **Loan to Climax Construction, LLC (Highly Un-Collectable) - Climax Construction, LLC is a sister company of Orbit Marketing, LLC. Its primary line of business is installation of the Solar Systems that are sold by Orbit Marketing, LLC. Without business from Orbit Marketing, LLC, Climax Construction, LLC would have little to no revenue. Loan totals: $1,574,214.79. The value has been heavily discounted. - No payments have ever been made on this loan.** | **150,000.00**<br>Total face amount | - | **0.00**<br>doubtful or uncollectible amount | = |
| | | | | **$150,000.00** |
| **Loan to Climax Insurance, LLC - Total $62,500.00 Discounted because Borrower lacks solvency and has not been profitable. Booked as "Investment in" but no ownership interest was transferred, nor was such a transfer ever considered or intended. No payments have ever been made on this loan. Climax Insurance is likely unable to pay back this loan. Accordingly the value is discounted to 25% of the amount owed.** | **15,625.00**<br>Total face amount | - | **0.00**<br>doubtful or uncollectible amount | = |
| | | | | **$15,625.00** |
| **Loan to Long Island Cafe, LLC - Total $203,299.55 Discounted because Borrower lacks solvency and has been minimally profitable without paying a salary to a manager. Booked as "Investment in" but no ownership interest was transferred, nor was such a transfer ever considered or intended. No payments have ever been made on this loan. Total value discounted to 25% of total owed, because it is unlikely Long Island Cafe, LLC will be able to repay the loan.** | **50,824.89**<br>Total face amount | - | **0.00**<br>doubtful or uncollectible amount | = |
| | | | | **$50,824.89** |
| **Reimbursable Expenses Owed by Climax Logistics, LLC - No payments have been made on this advance.** | **100.00**<br>Total face amount | - | **50.00**<br>doubtful or uncollectible amount | = |
| | | | | **$50.00** |
| **Reimbursable Expense Owed by Springfield Metal Recycling - No payments have ever been made on the advance to Springfield Metal Recycling** | **21,493.59**<br>Total face amount | - | **0.00**<br>doubtful or uncollectible amount | = |
| | | | | **$21,493.59** |

Debtor    **Orbit Marketing, LLC**                                    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| **Reimbursable Expense Owed by Climax Construction, LLC - No paymenets have ever been made on the advance to CC.  Total owed:$2,172,047.69.  No payments have ever been made, and it is highly unlikely that Climax Construction, LLC will ever be able to repay same. Value discounted to 10% of what is owed.** | **217,204.77** - <br>Total face amount | **0.00** = <br>doubtful or uncollectible amount | |
| | | | **$217,204.77** |

| | | | |
|---|---|---|---|
| **Reimbursable Expense Owed by Climax Insurance, LLC- Few if any payments have ever been made on the advance.  Total owed:$419326.39. It is highly unlikely that Climax Insurance, LLC will ever be able to repay same.  Value discounted to 10% of what is owed.** | **41,932.64** - <br>Total face amount | **0.00** = <br>doubtful or uncollectible amount | |
| | | | **$41,932.64** |

| | | | |
|---|---|---|---|
| **Reimbursable Expense Owed by Climax Landscaping, LLC- Few, if any payments have ever been made on the advance.  Total owed: $5,139.86.  It is highly unlikely that Climax Landscaping, LLC will ever be able to repay same.  Value discounted to 10% of what is owed.** | **513.99** - <br>Total face amount | **0.00** = <br>doubtful or uncollectible amount | |
| | | | **$513.99** |

| | | | |
|---|---|---|---|
| **Reimbursable Expense Owed by Climax Plumbing, LLC - Few or no payments have ever been made on the advance.  Total owed: $85,805.56. It is highly unlikely that Climax Plumbing, LLC will ever be able to repay same.  Value discounted to 10% of what is owed.** | **8,580.56** - <br>Total face amount | **0.00** = <br>doubtful or uncollectible amount | |
| | | | **$8,580.56** |

| | | | |
|---|---|---|---|
| **Reimbursable Expense Owed by Climax Waste Management, LLC - Few or no payments have ever been made on the advance.  Total owed:$21,027.67.  It is highly unlikely that CW will ever be able to repay same.  Value discounted to 10% of what is owed.** | **2,102.77** - <br>Total face amount | **0.00** = <br>doubtful or uncollectible amount | |
| | | | **$2,102.77** |

| | | | |
|---|---|---|---|
| **Reimbursable Expense Owed by L&T Auto Sales & Service, LLC- Few or no payments have ever been made on the advance.  Total owed:$170,902.30.  It is highly unlikely that LT will ever be able to repay same.  Value discounted to 10% of what is owed.** | **17,090.23** - <br>Total face amount | **0.00** = <br>doubtful or uncollectible amount | |
| | | | **$17,090.23** |

Debtor    **Orbit Marketing, LLC**                                        Case number *(If known)* _____
                    Name

| | | |
|---|---|---|
| **Reimbursable Expense Owed by Millers Wholesale, Inc. - Few or no payments have ever been made on the advance.  Total owed:$54,259.67. It is highly unlikely that MW will ever be able to repay same.  Value discounted to 10% of what is owed.** | 5,425.97<br>Total face amount | 0.00 =<br>doubtful or uncollectible amount |
| | | $5,425.97 |
| **Reimbursable Expense Owed by Long Island Cafe (Portage) fka Zoo City - Minimal or no paymenets have ever been made on the advance. Total owed:$124,861.02.  It is highly unlikley that Long Island Cafe (Portage) will ever be able to repay same.  Value discounted to 10% of what is owed.** | 12,486.10<br>Total face amount | 0.00 =<br>doubtful or uncollectible amount |
| | | $12,486.10 |
| **Reimbursable Expense Owed by "OTHERS."  "Others" as noted on Debtor's balance sheet indicates other related businesses either owned by Debtor's sole member, funded or partially funded by Debtor, but not owned by Debtor, or owned by Debtor's sole member's son - Minimal or no paymenets have ever been made on the advance to OTHERS.  Total owed:$160,407.62. Most of the businesses in the "Others" category are not operating or never operated, some may never have been formed.  Expenses paid for potential businesses were also classified in this category.  It is highly unlikely that OTHERS will ever be able to repay same.  Value discounted to 10% of what is owed.** | 16,040.76<br>Total face amount | 0.00 =<br>doubtful or uncollectible amount |
| | | $16,040.76 |
| **Loan to Millers Wholesale, Inc. total $650,250.00 -Loan to subsidiary. Funds related to the acquisition of plumbing company.  Plumbing company was subsequently transferred to "Climax Plumbing, LLC," which is owned by Debtor's sole member.  In addition, the loan is unlikely to be paid back by Climax Plumbing, LLC to Millers Wholesale, Inc. or to Debtor, in light of the impact of various employees violating their non-competition and non-solicitation agreements and stealing business from Millers Wholesale, Inc. as outlined under "Causes of Action."** | 65,025.00<br>Total face amount | 0.00 =<br>doubtful or uncollectible amount |
| | | $65,025.00 |

Debtor    **Orbit Marketing, LLC**                                              Case number *(If known)* _____
         <u>Name</u>

| | | | |
|---|---|---|---|
| **Loan to Climax Waste Management, LLC dba Sammy's Disposal - Sister Company.  Sammy's is a waste disposal company that has not been profitable since it was purchased, but shows signs of eventual profitability.  It is highly unlikely that the loan is collectable, but Sammy's has assets and minimal debt.  Total loan $360,000.00, was used for the acquisition of the business.  Climax Waste Management, LLC is highly unlikely to bea ble to repay this obligation and therefore debtor has discounted the value to 10% of the total amount due.** | **36,000.00** - <br>Total face amount | **0.00** = <br>doubtful or uncollectible amount | <br><br><br><br><br><br><br><br><br><br><br>$36,000.00 |
| **Loan to Zoo City - uncollectable loan to sister company.  Total loan: $20,000.00.  This is Long Island Cafe (Portage).  The restaurant has never been profitable, but, without paying salaries to top managers, has broken even for occasional months.  It is highly unlikely any of this loan will be repaid.** | **1.00** - <br>Total face amount | **0.00** = <br>doubtful or uncollectible amount | <br><br><br><br><br>$1.00 |
| **Loan to L&T Auto - vehicle repair company that is a sister company.  The company breaks even at this point, but is not profitable and has not been since it was acquired by Debtor's sole member's son.  It is highly unlikely the loan can be repaid.  Total loan: $842,703.27** | **84,270.33** - <br>Total face amount | **0.00** = <br>doubtful or uncollectible amount | <br><br><br><br>$84,270.33 |
| **Loan to Andrew Flip - Highly uncollectable.  total loan: $23,916.73** | **2,391.67** - <br>Total face amount | **0.00** = <br>doubtful or uncollectible amount | $2,391.67 |

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Debtor | Orbit Marketing, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Orbit Marketing, LLC v. Aaron Teachout, Sky Energy Home Solutions, LLC, Edwin Richards, Danielle Teachout, Joshua Nowell and Premier Payment Solutions, LLC.**

**Aaron Teachout and Edwin Richards were top officials at Orbit Marketing, LLC, and stole proprietary Information, then conspired with Joshua Nowell to form a competing solar company in violation of Non-Competition Agreements.  Further, said defendants attempted to improperly undermine the**

Unknown

| Nature of claim | Breach of Contract, Breach of Fiduciary Duty, MI Uniform Trade Secrets Act etc. |
|---|---|
| Amount requested | $0.00 |

---

**Claim for embezzlement against Ed Richards (Electrician).  Value Estimated.**

$30,000.00

| Nature of claim | Embezzlement |
|---|---|
| Amount requested | $0.00 |

---

**Orbit Marketing, LLC, Climax Plumbing, LLC and Miller's Wholesale, Inc. v. Isaac Modert, Aaron Teachout and others.  Employees of Miller's Wholesale, Inc., at the direction of Isaac Modert who was the president of Miller's Wholesale, Inc., quoted jobs as Miller's Wholesale, Inc. or its assumed name, purchased the supplies for said jobs using Miller's Wholesale's accounts, completed jobs using Miller's Wholesale's equipment, then billed the jobs under a new company's name with the new company being owned by Isaac Modert.  The new company saved the money from these jobs and used the funds to cover its startup costs and ultimately to directly compete on its own against Miller's Wholesale.  In the process, the new company took many of the plumbers and skilled employees of Miller's Wholesale, in violation of Isaac Modert's and others' non-competition and non-solicitation agreements. Aaron Teachout is a close friend of Isaac Modert, and conspired with Isaac Modert to create and execute the plan, which is very similar to Aaron Teachout's role in the existing litigation against Mr. Teachout.**

Unknown

| Nature of claim | Breach of Contract, Conversion, Intent. Interference with Business Expect. etc. |
|---|---|
| Amount requested | $0.00 |

---

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor    **Orbit Marketing, LLC**                                      Case number *(If known)*  _____
        Name

| | |
|---|---|
| **Home furnishings for 2 houses located at 265 Lakeshore Dr. Battle Creek.  Furnishings include beds, living room furniture, dining sets, wall hangings and decor.  The real estate was purchased fully furnished, with all the equipment for lake houses and is ready to be used (potentially) as a vacation rental.  None of the furnishings have significant individual value.  Value of the portion of the furnishings that are on the Island portion of the property have been discounted significantly due to the cost of removing them from the property by water.** | **$5,000.00** |
| **Televisions and electronic equipment for two houses located at 265 Lakeshore Dr. Battle Creek.** | **$3,000.00** |
| **Restaurant tables, chairs, cooking supplies, food inventory, serving dishes and silverware, as well as various restaurant related equipment and tools, located at Long Island Cafe, LLC, 256 Helmer Rd. N., Battle Creek, MI** | **$5,000.00** |

78.    **Total of Part 11.**                                          |  **$790,059.27** |

      Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Orbit Marketing, LLC**                                    Case number *(If known)* _____
         Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $140,237.47 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $106,012.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $413,383.30 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $420,586.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $611,575.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $2,630,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $101.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $790,059.27 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,487,054.04 | + 91b. $2,630,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,117,054.04 |

**Fill in this information to identify the case:**

Debtor name **Orbit Marketing, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **1st Source Bank** | Describe debtor's property that is subject to a lien | **$0.00** | **$5,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 4055**
**South Bend, IN 46634**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2016 Acura ILX VIN Ending 004751**
**Value estimated based upon condition, usage and overall saleability of vehicle.**

Describe the lien
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/28/2022**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 | **1st Source Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **$3,800.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 4055**
**South Bend, IN 46634**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2021 Kia Niro VIN Ending 5463028**
**Value estimated based on usage, condition and extensive branding on vehicle.**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Orbit Marketing, LLC**
_____    Case number (*if known*) _____
Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **1st Source Bank** | | Describe debtor's property that is subject to a lien | Unknown | $2,500.00 |

Creditor's Name

**2021 Kia Niro VIN Ending 471277**
**Value estimated based on usage, condition**
**and extensive branding on vehicle.**

**PO Box 4055**
**South Bend, IN 46634**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **1st Source Bank** | | Describe debtor's property that is subject to a lien | $0.00 | $8,600.00 |

Creditor's Name

**2021 Kia Niro VIN Ending 463042**
**Value estimated based upon condition and**
**usage, as well as significant branding on**
**vehicle.**

**PO Box 4055**
**South Bend, IN 46634**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **1st Source Bank** | | Describe debtor's property that is subject to a lien | Unknown | $13,800.00 |

Creditor's Name

**2022 Kia Niro VIN Ending 534645**
**Value estimated based upon condition and**
**usage, as well as significant branding on**
**vehicle.**

**PO Box 4055**
**South Bend, IN 46634**

Creditor's mailing address

**Describe the lien**

Debtor    **Orbit Marketing, LLC**
_____    Case number (if known) _____
Name

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **1st Source Bank** | | **Unknown** | **$8,100.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 4055**
**South Bend, IN 46634**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Kia Niro VIN Ending 495202**
**Value estimated based upon condition, usage and detailed branding on vehicle.**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **1st Source Bank** | | **Unknown** | **$12,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 4055**
**South Bend, IN 46634**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Kia Niro VIN Ending 525446**
**Value estimated based upon condition, usage and detailed branding on vehicle.**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Orbit Marketing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.8 | **1st Source Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **$6,500.00** |
|---|---|---|---|---|
| | Creditor's Name | **2022 Kia Niro VIN Ending 547419** | | |

**PO Box 4055**
**South Bend, IN 46634**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **1st Source Bank** | Describe debtor's property that is subject to a lien | **$70,870.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Various Vehicles** | | |

**PO Box 4055**
**South Bend, IN 46634**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **1st Source Bank** | Describe debtor's property that is subject to a lien | **$39,387.87** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Various Vehicles** | | |

**PO Box 4055**
**South Bend, IN 46634**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Debtor    **Orbit Marketing, LLC**
_____     Case number (if known) _____
          Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **DLL Financial Solutions** | **Describe debtor's property that is subject to a lien** | **$1,123,174.23** | **Unknown** |
|---|---|---|---|---|

**DLL Financial Solutions**
Creditor's Name

**Partner**
**1111 Old Eagle School Rd.**
**Wayne, PA 19087**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets and after acquired property.**

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Element 22 Commercial Group** | **Describe debtor's property that is subject to a lien** | **$486,000.00** | **$1,200,000.00** |
|---|---|---|---|---|

**Element 22 Commercial Group**
Creditor's Name

**2425 S. 11th St.**
**Suite D**
**Kalamazoo, MI 49009**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**265 Lakeshore Dr. Battle Creek, MI (Island Property)**
**PPN 8190-17-614-0 (Mainland) and 0073-00-210-0 (Island).**

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **1. LAFCU** | ☐ Unliquidated |
| **2. People Driven Credit Union** | ☐ Disputed |
| **3. Element 22 Commercial Group** | |

---

Debtor **Orbit Marketing, LLC**                                    Case number (if known)

_____

Name

---

**2.1 3**

**GM Financial**

Creditor's Name

**4001 Embarcadero**
**Arlington, TX 76014**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**
**11/6/2021**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                $29,678.58    $18,500.00

**2019 Chevrolet Silverado VIN Ending 147180**
**Vehicle is in very rough shape and has more**
**than 140,000 miles on it.**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.1 4**

**GM Financial**

Creditor's Name

**4001 Embarcadero**
**Arlington, TX 76014**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                $56,800.50    $30,000.00

**2019 Ford F250 VIN Ending G27864**
**Value Estimated based on current condition,**
**mileage and usage.**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.1 5**

**GM Financial**

Creditor's Name

**4001 Embarcadero**
**Arlington, TX 76014**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**                $20,449.54    $8,000.00

**2020 Buick Encore GX VIN ending 131457**
**Value based on debtor's estimate, usage and**
**condition.**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

---

Debtor    **Orbit Marketing, LLC**
_____    Case number (if known) _____
Name

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **Honor Credit Union** | **Describe debtor's property that is subject to a lien** | $300,000.00 | $300,000.00 |
|---|---|---|---|---|

Creditor's Name

**Business Services**
**8385 Edgewood Rd.**
**Berrien Springs, MI 49103**
Creditor's mailing address

mortgage on 256 N. Helmer Rd., Battle Creek, MI and assignment of rents on same.

**Describe the lien**
**Mortgage / ALR**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/29/2022**

**Last 4 digits of account number**
**n708**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 7 | **Honor Credit Union** | **Describe debtor's property that is subject to a lien** | $960,000.00 | $1,025,000.00 |
|---|---|---|---|---|

Creditor's Name

**Business Services**
**8385 Edgewood Rd.**
**Berrien Springs, MI 49103**
Creditor's mailing address

7017 South Westnedge Ave., Portage, MI PPN 00015-030-A Mortgage and Assignment of Rents

**Describe the lien**
**Mortgage and ALR**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | **Honor Credit Union** | **Describe debtor's property that is subject to a lien** | $63,936.47 | $31,000.00 |
|---|---|---|---|---|

Debtor    **Orbit Marketing, LLC**                                    Case number (if known) _____
         Name

| Creditor's Name | | |
|---|---|---|
| **Business Services**<br>**8385 Edgewood Rd.**<br>**Berrien Springs, MI 49153** | **2017 Freightliner M2  VIN Ending JF0549**<br>**Value based on Debtor's estimate.  Vehicle is**<br>**inoperable presently.** | |

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | | | | $47,594.42 | $14,000.00 |
|---|---|---|---|---|---|

**Honor Credit Union**
Creditor's Name

**Business Services**
**8385 Edgewood Rd.**
**Berrien Springs, MI 49153**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2018 Isuzu Tractor - Value based on debtor's**
**estimate.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | | | | $1,200,000.00 | $1,200,000.00 |
|---|---|---|---|---|---|

**LAFCU**
Creditor's Name

**106 N. Marketplace Blvd**
**Lansing, MI 48917**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**265 Lakeshore Dr. Battle Creek, MI (Island**
**Property), all personal property at 265**
**Lakeshore Dr. Battle Creek, MI, and all rents**
**and profits**
**PPN 8190-17-614-0 (Mainland) and**
**0073-00-210-0 (Island).**

**Describe the lien**
**Mortgage / ALR / UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

Debtor    **Orbit Marketing, LLC**                                   Case number (if known) _____
          Name

☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☐ **Yes.** Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.12** | ☐ Disputed |

---

| 2.21 | **M Dewey, LLC** | Describe debtor's property that is subject to a lien | $434,928.65 | $400,000.00 |
|---|---|---|---|---|

Creditor's Name

**Venem, LLC**
**Company owns real estate located at 5222**
**Portage Rd., Portage, MI 49002.  It also owns**
**the restaurant equipment, tables, chairs,**
**kitchen equipment and tools, plates,**
**silverware, and various related assets.**
**Venem, LLC has an ag**

**c/o Owen D. Ramey**
**136 E. Michigan Ave. Ste. 800**
**Kalamazoo, MI 49007**

Creditor's mailing address

**Describe the lien**
**Land Contract**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.22 | **People Driven Credit Union** | Describe debtor's property that is subject to a lien | $497,812.42 | $1,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**265 Lakeshore Dr. Battle Creek, MI (Island**
**Property)**
**PPN 8190-17-614-0 (Mainland) and**
**0073-00-210-0 (Island).**

**24333 Lahser Rd.**
**Southfield, MI 48033**

Creditor's mailing address

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**April 21, 2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **Orbit Marketing, LLC**                                                                  Case number (if known) _____
_____
Name

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.23 | **Stellantis Financial Services** | **Describe debtor's property that is subject to a lien** | $62,374.49 | $58,500.00 |
|---|---|---|---|---|

Creditor's Name

**2022 Jeep Wagoneer**

_____
Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.24 | **Stenson Tamaddon LLC** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**One N. Central Ave. Ste. 1030 Phoenix, AZ 85004**

**All assets arising from debtor's application for Employee Retention Tax Credit in any eligible quarter.**

_____
Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.25 | **Wells Fargo Commercial** | **Describe debtor's property that is subject to a lien** | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Distribution Finance, LLC 5595 Trillium Blvd. Hoffman Estates, IL 60192**

**All Assets plus After Acquired**

_____
Creditor's mailing address

**Describe the lien**

---

Debtor   **Orbit Marketing, LLC**
Name

Case number (if known) _____

---

Creditor's email address, if known
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Wells Fargo Equip. Finance** | | | $4,105.41 | $10,000.00 |

Creditor's Name

**Customer Care
PO Box 3072
Cedar Rapids, IA
52406-3072**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
8002**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Mini Track Loader MT100 B52P13938**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Wells Fargo Equip. Finance** | | | **Unknown** | $800.00 |

Creditor's Name

**Customer Care
PO Box 3072
Cedar Rapids, IA
52406-3072**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
8002**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Bobcat Angle Broom 68 in. B4KLZ03312**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Orbit Marketing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.28 | **Wells Fargo Equip. Finance** | Describe debtor's property that is subject to a lien | $56,417.93 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**Customer Care
PO Box 3072
Cedar Rapids, IA
52406-3072**

Creditor's mailing address

**Bobcat Compact Track Loader T595 B57U13588**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**8002**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.29 | **Wells Fargo Equip. Finance** | Describe debtor's property that is subject to a lien | $51,212.59 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**Customer Care
PO Box 3072
Cedar Rapids, IA
52406-3072**

Creditor's mailing address

**Bobcat Compact Track Loader s/n B57U13608**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**8002**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $5,504,743.10 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

Debtor   **Orbit Marketing, LLC**
_____
Name

Case number (if known)  _____

assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Calhoun County Circuit Court**<br>**Case No. 23-3197-CB**<br>**161 Michigan Ave.**<br>**Battle Creek, MI 49014** | Line __2.20__ | **97CB** |
| **GM Financial**<br>**PO Box 183123**<br>**Arlington, TX 76096-3123** | Line __2.13__ | |
| **GM Financial**<br>**PO Box 1510**<br>**Cockeysville, MD 21030** | Line __2.13__ | |
| **GM Financial**<br>**PO Box 183123**<br>**Arlington, TX 76096-3123** | Line __2.14__ | |
| **GM Financial**<br>**PO Box 1510**<br>**Cockeysville, MD 21030** | Line __2.14__ | |
| **Michael I. Zousmer, Esq.**<br>**Zousmer Law Group, PLC**<br>**4190 Telegraph Rd., Suite 3000**<br>**Bloomfield Hills, MI 48302** | Line __2.22__ | |
| **Michael Zousmer**<br>**Zousmer Law Group, PLC**<br>**4190 Telegraph Rd., Suite 3000**<br>**Bloomfield Hills, MI 48302** | Line __2.20__ | |
| **Roger Schultz**<br>**3208 Romence Rd.**<br>**Portage, MI 49024** | Line __2.21__ | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Orbit Marketing, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF MICHIGAN</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**1st Source Bank**<br>**PO Box 4055**<br>**South Bend, IN 46634**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Overdrawn Bank Account**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$33,657.93** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Aaron Crawford**<br>**10292 Driftboat Ln.**<br>**West Olive, MI 49460**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Rebate**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,100.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**AF Auto Glass & Detail**<br>**7325 Quail St.**<br>**Portage, MI 49024**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$150.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Albion Financial, Inc.**<br>**Attn: Houston Peterson**<br>**440 W. Centre Ave., Ste. 1**<br>**Portage, MI 49024**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Corporate Guaranty**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

Debtor   **Orbit Marketing, LLC**                                 Case number *(if known)* _____
_____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Alissa Rauwerdink**
**5818 Embassy St.**
**Kalamazoo, MI 49009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rebate**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Allan Paepke**
**17080 Seneca Dr.**
**Howard City, MI 49329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rebate**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,495.00 |
|---|---|---|---|

**Allan Paepke**
**17080 Seneca Dr.**
**Howard City, MI 49329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $457,302.67 |
|---|---|---|---|

**American Express**
**Business Centurion Card**
**Attn: Bankruptcy**
**PO Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Business Credit Card Purchases**

Last 4 digits of account number  **1009**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $407,470.40 |
|---|---|---|---|

**American Express**
**Business Platinum Card**
**Attn: Bankruptcy**
**PO Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Business Credit Card Purchases**

Last 4 digits of account number  **1005**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Amy Higgins**
**16248 Wabash Rd.**
**Waldron, MI 49288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rebate**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Amy Niekamp**
**19 Berreta Dr.**
**Shelbyville, MI 49344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rebate**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| Debtor | **Orbit Marketing, LLC** |
| | Name |

Case number *(if known)* _____

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Andre Driskhl**
**305 E. Euclid Ave.**
**Jackson, MI 49203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rebate__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,440.00** |
|---|---|---|---|

**Arin McKellar**
**9616 Rentsman St. NE**
**Cedar Springs, MI 49319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rebate__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,800.00** |
|---|---|---|---|

**Ask Nicely**
**1615 SE 3rd Ave.**
**Floor 3**
**Portland, OR 97214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,282.95** |
|---|---|---|---|

**Auto Owners Insurance**
**6101 Anacapri Blvd**
**Lansing, MI 48917**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Insurance Premium - Disputed Policy cancelled before the period for which this premium is due.__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Barbara Hawley**
**14036 Poplar Ave.**
**Grant, MI 49327**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rebate__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Benjamin Santora**
**23512 12 1/2 Mile Rd.**
**Battle Creek, MI 49014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rebate__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Best Way Disposal**
**PO Box 4040**
**Kalamazoo, MI 49003-4040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Orbit Marketing, LLC**                                    Case number (if known)  _____
_____
Name

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,605.20** |
| | **Breeze Ealy** | ☐ Contingent | |
| | **2122 Bourdon St.** | ☐ Unliquidated | |
| | **Muskegon, MI 49441** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Rebate__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,190.00** |
| | **Byrd's Landing** | ☐ Contingent | |
| | **220 Helmer Rd. N.** | ☐ Unliquidated | |
| | **Battle Creek, MI 49037** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
| | **Carl Hadden** | ☐ Contingent | |
| | **1407 Lawndale Ave.** | ☐ Unliquidated | |
| | **Niles, MI 49120** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Refund__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
| | **Catryna Campbell** | ☐ Contingent | |
| | **19870 27 1/2 Mile Rd.** | ☐ Unliquidated | |
| | **Albion, MI 49224** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Rebate__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$933.99** |
| | **CED Greentech** | ☐ Contingent | |
| | **2207 E. 165th St.** | ☐ Unliquidated | |
| | **Hammond, IN 46320** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,475.00** |
| | **Cereal City Baseball** | ☐ Contingent | |
| | **189 Bridge St.** | ☐ Unliquidated | |
| | **Battle Creek, MI 49017** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Advertising__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
| | **Chad Wehler** | ☐ Contingent | |
| | **658 Whitefish Rd.** | ☐ Unliquidated | |
| | **Sand Lake, MI 49343** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Rebate__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Orbit Marketing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Charles Brockway**
**5201 Callahan Rd.**
**Albion, MI 49224**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Refund__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,486.31 |
|---|---|---|---|

**Chase Ink**
**PO Box 15298**
**Wilmington, DE 19850-5298**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __Various__

**Last 4 digits of account number** __9287__

**Basis for the claim:** __Business Credit Card Purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,853.30 |
|---|---|---|---|

**Christopher Taylor**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Rebate__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Climax Landscaping, LLC**
**2725 Airview Blvd., Ste. 301**
**Portage, MI 49002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**Clint Visser**
**7332 Taylor St.**
**Hudsonville, MI 49426**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Rebate__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,052.06 |
|---|---|---|---|

**Commercial Alliance**
**of Michigan, LLC**
**7127 S. Westnedge Ave.**
**Portage, MI 49002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Connie Ehredt**
**128 Alvena Ave.**
**Battle Creek, MI 49017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Rebate__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Orbit Marketing, LLC**                                           Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Continental Linen Services**<br>**4200 Manchester Rd.**<br>**Kalamazoo, MI 49001**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,456.81** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Cory Osborn**<br>**10025 Rexford Rd.**<br>**Grass Lake, MI 49240**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Refund Owed**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,100.00** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Curtis Houck**<br>**212 S. 5th St.**<br>**Edmore, MI 48829**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Rebate**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,500.00** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Dale Davis**<br>**10528 Warner Rd.**<br>**Carson City, MI 48811**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Rebate**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$500.00** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Dale Wanke**<br>**5019 Genesee Rd.**<br>**Flint, MI 48506**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Refund**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,800.00** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Dale's Tree Service**<br>**27 N. Buys Rd.**<br>**Muskegon, MI 49445**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,000.00** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Dallas McCoy**<br>**8599 E. Eaton Hwy**<br>**Mulliken, MI 48861**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Refund Owed**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,500.00** |

| Debtor | **Orbit Marketing, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address
**Dana Wigton**
2310 Pierce St.
Flint, MI 48503

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rebate**

Is the claim subject to offset? ■ No ☐ Yes

**$2,850.00**

---

**3.41** | Nonpriority creditor's name and mailing address
**David Beelen**
6864 112th St.
Holland, MI 49424

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rebate**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.42** | Nonpriority creditor's name and mailing address
**David Rose**
5115 Rives Eaton Rd.
Rives Junction, MI 49277

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rebate**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.43** | Nonpriority creditor's name and mailing address
**David Sebenick**
795 N. West Rd.
Laingsburg, MI 48848

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rebate**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.44** | Nonpriority creditor's name and mailing address
**Denis Bumpus**
18973 Doyle Ct.
Gregory, MI 48137

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rebate**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.45** | Nonpriority creditor's name and mailing address
**Dennis Konzen**
450 Treasure Island
Mattawan, MI 49071

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rebate**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.46** | Nonpriority creditor's name and mailing address
**Duane Herbert**
10505 W. Van Orden Rd.
Fowlerville, MI 48836

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rebate**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| Debtor | **Orbit Marketing, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Duane Travioli
7786 Brooklyn Rd.
Jackson, MI 49201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

Edward Brown
58650 Rumsey Rd.
Three Rivers, MI 49093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Refund

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,819.04**

Element 22 Commercial Group
2425 S. 11th St.
Suite D
Kalamazoo, MI 49009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Elke Forystek
4960 Shepper Rd.
Stockbridge, MI 49285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Rebate

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00**

Eric Drew
13406 Tuscola Rd.
Clio, MI 48420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Rebate

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,028.00**

Faylene Nausadis
2057 Forest Ln
Newaygo, MI 49337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Rebate

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

Fields Lawn Care and
Maintenance
1101 N. Edwards
Kalamazoo, MI 49007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Orbit Marketing, LLC**                                    Case number *(if known)* _____
          Name

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $368.50 |
|---|---|---|---|

**Fire Pros**
**2710 Northridge Dr. NW**
**Grand Rapids, MI 49544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Frank Weinbrecht**
**3112 N. M43**
**Hastings, MI 49058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Rebate__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Glen Bolf**
**10043 Sheridan**
**Burt, MI 48417**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Rebate__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Gloria Powell**
**2641 Senica St.**
**Flint, MI 48504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Rebate__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.29 |
|---|---|---|---|

**Gordon Water Systems**
**618 E. Crosstown Pkwy**
**Kalamazoo, MI 49001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,802.50 |
|---|---|---|---|

**Great Lakes Culinary Designs**
**24101 W. 9 Mile Rd.**
**Southfield, MI 48033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Gregory Casterline**
**897 Canright St.**
**Battle Creek, MI 49037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Rebate__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Orbit Marketing, LLC**
_____    Case number (if known) _____
Name

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Hallman Window Washing**
**48485 Meadow Oak Trl**
**Mattawan, MI 49071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**Harold Emens**
**11591 Seeley Rd.**
**Waldron, MI 49288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rebate**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,708.26** |
|---|---|---|---|

**Henn Lesperance**
**32 Market Ave SW, Suite 400**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,056.12** |
|---|---|---|---|

**Honor Credit Union**
**Business Services**
**8385 Edgewood Rd.**
**Berrien Springs, MI 49103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Business Credit Card Purchases**

Last 4 digits of account number  **4600**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,066.47** |
|---|---|---|---|

**Honor Credit Union**
**Business Services**
**8385 Edgewood Rd.**
**Berrien Springs, MI 49103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Business Credit Card Purchases**

Last 4 digits of account number  **4635**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$157.61** |
|---|---|---|---|

**Honor Credit Union**
**Business Services**
**8385 Edgewood Rd.**
**Berrien Springs, MI 49103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Overdrawn Savings Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$647,358.11** |
|---|---|---|---|

**Honor Credit Union**
**Business Services**
**8385 Edgewood Rd.**
**Berrien Springs, MI 49103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Guaranty of Millers Wholesale, Inc. 1st mortgage on 2450 Columbia, Battle Creek, MI**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Orbit Marketing, LLC**_____    Case number *(if known)* _____
   <sub>Name</sub>

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $451,442.00 |
|---|---|---|---|

**Honor Credit Union**
**Business Services**
**8385 Edgewood Rd.**
**Berrien Springs, MI 49103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Guaranty of Millers Wholesale, Inc. 2d mortgage on 2450 Columbia, Battle Creek, MI**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,378.00 |
|---|---|---|---|

**Hue Martin Robinson**
**1053 Burton St. SE**
**Grand Rapids, MI 49507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Rebate**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $119.40 |
|---|---|---|---|

**IIX (Verisk)**
**General Post Office Box**
**PO Box 27828**
**New York, NY 10087-7828**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,183.00 |
|---|---|---|---|

**Impact Radio, LLC**
**59750 Constantine Rd.**
**Three Rivers, MI 49093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**James Froehlich**
**14266 8 Mile Rd.**
**Stanwood, MI 49346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Refund**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,600.00 |
|---|---|---|---|

**James Herbert**
**2718 Branch Rd.**
**Flint, MI 48506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Rebate**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $300.00 |
|---|---|---|---|

**James Pomaville**
**9 E. Salzburg Rd.**
**Bay City, MI 48706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Rebate**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Orbit Marketing, LLC**
_____
Name

Case number _(if known)_ _____

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $500.00 |
|---|---|---|---|

**James Saunders**
**3569 W. Jefferson Rd.**
**Pentwater, MI 49449**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Rebate__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,185.68 |
|---|---|---|---|

**James Workman**
**8880 Spicerville Hwy**
**Eaton Rapids, MI 48827**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Reimbursement related to interconnection process__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,000.00 |
|---|---|---|---|

**Jamorus Campbell**
**2018 Whittlesey St.**
**Flint, MI 48504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Rebate__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $500.00 |
|---|---|---|---|

**Jan Lovejoy**
**876 Ely St.**
**Allegan, MI 49010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Referral__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,500.00 |
|---|---|---|---|

**Jason Diebel**
**4701 Bailey Bridge Rd.**
**Chase, MI 49623**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Rebate__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $500.00 |
|---|---|---|---|

**Jason Steinhaus**
**286 Edgewood Dr.**
**Jackson, MI 49201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Rebate__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,668.00 |
|---|---|---|---|

**Jean Santiago**
**640 N. 12th St.**
**Niles, MI 49120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Rebate__

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor  **Orbit Marketing, LLC**                                    Case number (if known) _____

Name

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00** |
|---|---|---|---|

**Jeanne Collings**
**2479 Dumont Rd.**
**Allegan, MI 49010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rebate and Referral Bonus__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,853.30** |
|---|---|---|---|

**Jeremy Kline**
**302 N. Madison St.**
**Perry, MI 48872**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rebate__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,864.00** |
|---|---|---|---|

**Jim Wellman**
**9851 McDonaled Rd.**
**Parma, MI 49269**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Refund Owed__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,710.48** |
|---|---|---|---|

**JM Home Improvement LLC**
**320 Fuller St.**
**Nashville, MI 49073**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**John Bowsher**
**9777 E ML Ave.**
**Galesburg, MI 49053**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Referral__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,600.00** |
|---|---|---|---|

**John Gretka**
**10889 N. Gilmore Rd.**
**Farwell, MI 48622**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rebate__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,005.00** |
|---|---|---|---|

**John Rogers**
**1730 Michael Dr.**
**Alger, MI 48610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Refund Owed__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Orbit Marketing, LLC**                                             Case number (if known) _____

Name

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,068.00** |
|---|---|---|---|

**John Willford**
**4205 Willford Rd.**
**Gladwin, MI 48624**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,250.00** |
|---|---|---|---|

**Jordan Valasek**
**4217 Smith Rd.**
**Ottawa Lake, MI 49267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Rebate**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$205.00** |
|---|---|---|---|

**Joseph Hoffert**
**35558 Margurite Ln.**
**Paw Paw, MI 49079**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Rebate**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,906.23** |
|---|---|---|---|

**Joshua Thompson**
**13772 East MN Ave.**
**Climax, MI 49034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number** _

**Basis for the claim:** **Business use of personal credit cards**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,098.26** |
|---|---|---|---|

**JP Morgan Chase Bank, N.A.**
**1111 Polaris Parkway**
**Columbus, OH 43240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5245**

**Basis for the claim:** **Overdrawn Checking Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,069.62** |
|---|---|---|---|

**JP Morgan Chase Bank, N.A.**
**1111 Polaris Parkway**
**Columbus, OH 43240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6136**

**Basis for the claim:** **Overdrawn Checking Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,105.00** |
|---|---|---|---|

**Judy Brown**
**1247**
**Carr Rd.**
**Muskegon, MI 49442**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Rebate**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Orbit Marketing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79,950.00** |
|---|---|---|---|

**Kalamazoo Baseball, LLC**
**251 Mills St.**
**Kalamazoo, MI 49048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Karen Luks**
**2122 Barstow**
**Lansing, MI 48906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Rebate__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,916.00** |
|---|---|---|---|

**Karen Thomas**
**8025 S. Loomis Rd.**
**DeWitt, MI 48820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Refund__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$595.40** |
|---|---|---|---|

**Kathleen Harris**
**229 Grand St.**
**Springport, MI 49248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Reimbursement__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$997.50** |
|---|---|---|---|

**KDP Retirement Plan Svcs. Inc.**
**PO Box 120190**
**Grand Rapids, MI 49528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,538.75** |
|---|---|---|---|

**Keilen Law, PLC**
**141 E. Michigan Ave.**
**Suite 602**
**Kalamazoo, MI 49007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,354.89** |
|---|---|---|---|

**LAFCU**
**106 N. Marketplace Blvd**
**Lansing, MI 48917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Overdrawn Bank Account__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Orbit Marketing, LLC**                                         Case number (if known) _____
_____
Name

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Lamont Clark**
**255 Oneita St. N.**
**Battle Creek, MI 49037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Rebate__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,205.20** |
|---|---|---|---|

**LI  PLACEHOLDER**
**Reimbursable Expenses LI**
**See Balance Sheet**
**Portage, MI 49002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$870.00** |
|---|---|---|---|

**Lieu Sabin**
**11968 S. Grover Ln**
**Baldwin, MI 49304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Rebate__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Lisa Swilley**
**5455 Harvard St.**
**Flint, MI 48505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Rebate__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Lockhart Management**
**2725 Airview Blvd.**
**Suite 202**
**Portage, MI 49002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Unpaid / Past Due Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,016.00** |
|---|---|---|---|

**Lotte Fay Aikens-Jones**
**519 Creston St.**
**Muskegon, MI 49442**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Rebate__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Lyle Kendrick**
**2998 Lyons Rd.**
**Owosso, MI 48867**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Refund Owed__

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Orbit Marketing, LLC**                                              Case number *(if known)* _____

     Name

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,995.00** |
|---|---|---|---|

**Manny Reyes**
**6113 Kenbrook Rd.**
**Lansing, MI 48911**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Refund__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00** |
|---|---|---|---|

**Mark Griffen**
**1214 Martha Ct.**
**Allegan, MI 49010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rebate__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,228.00** |
|---|---|---|---|

**Marvin Huston (Smith)**
**55214 County Road 687**
**Hartford, MI 49057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rebate__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**Mary Alphenaar**
**7326 Owen Dr.**
**Kalamazoo, MI 49009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rebate__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,600.00** |
|---|---|---|---|

**Matthew Lyster**
**3550 Westcove Dr.**
**Portage, MI 49024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Refund__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,573.13** |
|---|---|---|---|

**Matthew Sanderson**
**12948 Riverside Dr.**
**Constantine, MI 49042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Reimbursement__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,495.00** |
|---|---|---|---|

**Megan Overley**
**241 Sigel Ave.**
**Battle Creek, MI 49037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Panel Upgrade Refund__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Orbit Marketing, LLC**
_____    Case number *(if known)* _____
Name

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Melissa Stamm**
**4230 E. X Ave.**
**Vicksburg, MI 49097**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _eferral_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Merritte Nye**
**1512 Brady Ave.**
**Burton, MI 48529**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _Rebate_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,798.58 |
|---|---|---|---|

**MI Printworks**
**509 Mills St.**
**Kalamazoo, MI 49001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Micahel Hiemstra**
**177 S. East St.**
**Freeport, MI 49325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _Rebate_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Michael Deforrest**
**2427 N. 33rd St.**
**Galesburg, MI 49053**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _Referral_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Michael Jobusch**
**6589 Sherman Rd.**
**Fountain, MI 49410**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _Referral_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Michele Weaver**
**14745 22 1/2 Mile Rd.**
**Marshall, MI 49068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _Referral_

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Orbit Marketing, LLC**                                          Case number *(if known)* _____
          Name

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,720.00** |

**Michigan Home Pros**
**10879 West Mt. Hope Hwy**
**Vermontville, MI 49096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |

**Miles Haggadone**
**9475 Lake Rd.**
**Montrose, MI 48457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rebate**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$360.20** |

**MyFleetCenter.com**
**PO Box 620130**
**Middleton, WI 53562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |

**Nathan Davidson**
**19 Highland Ave.**
**Battle Creek, MI 49015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rebate**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |

**Noah Davy**
**13770 Mason Dr.**
**Grant, MI 49327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rebate**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,116.00** |

**Oran Sparks**
**471 Terrace Ct.**
**Kalamazoo, MI 49001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rebate**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,216.00** |

**Patricia Sims**
**340 Bertha St. NW**
**Comstock Park, MI 49321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Refund Owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Orbit Marketing, LLC**
_____
Name

Case number (*if known*) _____

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

**Paul Fath**
**3739 Lauria Rd.**
**Bay City, MI 48706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Rebate__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,796.00 |
|---|---|---|---|

**Pearl Certification**
**9450 SW Gemini Dr.**
**PMB 83738**
**Beaverton, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,450.97 |
|---|---|---|---|

**Pillars Auto Glass LLC**
**486 105th Ave.**
**Plainwell, MI 49080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,500.00 |
|---|---|---|---|

**Playfly LLC**
**c/o MSU Sports Properties**
**PO Box 743049**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Priscilla Bathgate**
**69573 Eisenhower Rd.**
**Sturgis, MI 49091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Rebate__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133,124.50 |
|---|---|---|---|

**Quality Plumbing & Drain**
**2450 Columbia Ave. W**
**Battle Creek, MI 49015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Rachel Minichino**
**1321 Warren Ave.**
**Jackson, MI 49203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Rebate__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **Orbit Marketing, LLC**

_____     Case number (if known) _____
             Name

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $604.98 |
|---|---|---|---|

Randy Hermatz
5019 E. Wilson Rd.
Redford, MI 48240

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Reimbursement**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24,098.43 |
|---|---|---|---|

Reach Outdoor
8982 Compas Pt. Cr.
Galesburg, MI 49053

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

Rhonda Miller
700 Meadowbrook Dr.
Hudson, MI 49247

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Refund**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

Richarad Breen
6650 N. Stone Rd.
Hesperia, MI 49421

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Refund**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

Richard Zilke
11579 Lakeview Dr.
Brooklyn, MI 49230

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rebate**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

Rick Jaquay
119 W. Lockwood Rd.
Coldwater, MI 49036

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Refund**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,627.62 |
|---|---|---|---|

Rob Pearsall
9784 Onsted Hwy
Onsted, MI 49265

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rebate**

Is the claim subject to offset? ■ No  □ Yes

---

Debtor   **Orbit Marketing, LLC**
_____
       Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.145 **Nonpriority creditor's name and mailing address**
**Robert Hull**
**515 Mcclintock St.**
**Laingsburg, MI 48848**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rebate

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

3.146 **Nonpriority creditor's name and mailing address**
**Robert Snow**
**9285 Huckleberry Rd.**
**Berrien Center, MI 49102**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rebate

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

3.147 **Nonpriority creditor's name and mailing address**
**Roger & Jamie Cree**
**15630 S. 22nd St.**
**Vicksburg, MI 49097**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Reimbursement related to cutting into tree for install.

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

3.148 **Nonpriority creditor's name and mailing address**
**Roger Buck**
**3257 W. Holmes Rd.**
**Lansing, MI 48911**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,432.00**

---

3.149 **Nonpriority creditor's name and mailing address**
**Roger Schultz**
**3208 Romence Rd.**
**Portage, MI 49024**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$14,471.52**

---

3.150 **Nonpriority creditor's name and mailing address**
**Roger Sugg**
**11441 Hogan Rd.**
**Gaines, MI 48436**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Refund / Rebate

Is the claim subject to offset? ■ No  ☐ Yes

**$1,680.00**

---

3.151 **Nonpriority creditor's name and mailing address**
**Roger Waldo**
**4517 Lily Ct.**
**White Cloud, MI 49349**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Referral

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

Debtor    **Orbit Marketing, LLC**                                             Case number *(if known)* _____
_____
Name

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,574.00** |
|---|---|---|---|

**Ronald Barnes**
**1955 Campground Rd.**
**Hastings, MI 49058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Rebate

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$443.74** |
|---|---|---|---|

**Sandra Koehler**
**3708 Pontiac Ave.**
**Kalamazoo, MI 49006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Reimbursement

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Scott Andrews**
**10064 Iosco Rd.**
**Fowlerville, MI 48836**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Rebate

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Scott Kukal**
**1441 Swain St.**
**White Cloud, MI 49349**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Rebate

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Scott Paul-Bonham**
**300 Lake Ct.**
**Saint Joseph, MI 49085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Rebate

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,204.00** |
|---|---|---|---|

**Sean Hephner**
**14228 Beecher Rd.**
**Hudson, MI 49247**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Refund

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,495.00** |
|---|---|---|---|

**Shane Harlan**
**1562 Longmont Ave. NW**
**Grand Rapids, MI 49504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Panel Upgrade Refund

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Orbit Marketing, LLC**                                                  Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **3.159** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,656.00** |

**3.159** **Nonpriority creditor's name and mailing address**
**Shannon Banks**
**4764 N. Eastman Rd.**
**Midland, MI 48642**

As of the petition filing date, the claim is: *Check all that apply.*      **$1,656.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Rebate__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.160** **Nonpriority creditor's name and mailing address**
**Shirley Stansberry**
**986 S. Benton Center Rd.**
**Benton Harbor, MI 49022**

As of the petition filing date, the claim is: *Check all that apply.*      **$1,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.161** **Nonpriority creditor's name and mailing address**
**Stacy Creed**
**617 McDonald Ave.**
**Flint, MI 48507**

As of the petition filing date, the claim is: *Check all that apply.*      **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Rebate__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.162** **Nonpriority creditor's name and mailing address**
**Star2Star Communications LLC**
**PO Box 97231**
**Las Vegas, NV 89193**

As of the petition filing date, the claim is: *Check all that apply.*      **$15,470.53**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.163** **Nonpriority creditor's name and mailing address**
**Steven Hooven**
**4738 Karel Jean Ct. SW**
**Wyoming, MI 49519**

As of the petition filing date, the claim is: *Check all that apply.*      **$2,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Rebate__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.164** **Nonpriority creditor's name and mailing address**
**Steven McClurg**
**695 Pemberton Ln.**
**Jackson, MI 49203**

As of the petition filing date, the claim is: *Check all that apply.*      **$1,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Rebate__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.165** **Nonpriority creditor's name and mailing address**
**Sunlight Financial**
**234 West 39th St.**
**7th Floor**
**New York, NY 10018**

As of the petition filing date, the claim is: *Check all that apply.*      **$51,408.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Orbit Marketing, LLC**                                    Case number (if known) _____
_____
Name

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$935,540.56** |
|---|---|---|---|

**Sunpower**
**PO Box 742368**
**Los Angeles, CA 90074-2368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,628.71** |
|---|---|---|---|

**T Mobile**
**Bankruptcy Team**
**PO Box 53410**
**Bellevue, WA 98015-3410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00** |
|---|---|---|---|

**Tamara Brott**
**1653 4th St. NW**
**Grand Rapids, MI 49504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rebate**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,137.30** |
|---|---|---|---|

**Tameka Stinson**
**4805 West Home Ave.**
**Flint, MI 48504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rebate**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Team Financial Group, Inc.**
**650 3 Mile Rd. NW**
**Suite 200**
**Grand Rapids, MI 49544**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 13, 2023**

Last 4 digits of account number _

Basis for the claim:  **Corporate Guaranty for lease of 2018 Cranecarrier Dump Truck by Climax Waste Management, LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,937.05** |
|---|---|---|---|

**The Computer Guild**
**3400 Westnedge Ave.**
**Kalamazoo, MI 49008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,134.00** |
|---|---|---|---|

**Thomas Rice**
**5490 Bellevue Rd.**
**Onondaga, MI 49264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rebate**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Orbit Marketing, LLC**        Case number *(if known)* _____
       Name

| | | |
|---|---|---|
| **3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$500.00** |
| | **Tonda White** | ☐ Contingent |
| | **287 Indian Lakes Rd. NE** | ☐ Unliquidated |
| | **Sparta, MI 49345** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Rebate__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$14,657.41** |
| | **Townsquare Media** | ☐ Contingent |
| | **of Battle Creek-Kalamazoo** | ☐ Unliquidated |
| | **27139 Network Place** | ☐ Disputed |
| | **Chicago, IL 60673** | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** __Climax Solar__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$1,000.00** |
| | **Tyler Freese** | ☐ Contingent |
| | **21700 W. Gary Rd.** | ☐ Unliquidated |
| | **Brant, MI 48614** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Rebate__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$4,864.00** |
| | **Tyler Macomber** | ☐ Contingent |
| | **11661 Bear Meadows Dr. SE** | ☐ Unliquidated |
| | **Alto, MI 49302** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Refund Owed__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$9,405.31** |
| | **Urban Solar** | ☐ Contingent |
| | **990 S. Rogers Circle** | ☐ Unliquidated |
| | **Suite 4** | ☐ Disputed |
| | **Boca Raton, FL 33487** | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$500.00** |
| | **Vernon Bauer** | ☐ Contingent |
| | **3101 N. Woodruff Rd.** | ☐ Unliquidated |
| | **Weidman, MI 48893** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Rebate__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$88,833.68** |
| | **Wells Fargo Bank NA** | ☐ Contingent |
| | **Attn Bankruptcy** | ☐ Unliquidated |
| | **PO Box 10347** | ☐ Disputed |
| | **Des Moines, IA 50306-0522** | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **Orbit Marketing, LLC**
_____     Case number (if known) _____
Name

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,335.00 |
|---|---|---|---|

**Wharry Engineering**
**427 Capital Ave. SW**
**Battle Creek, MI 49015**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,623.00 |
|---|---|---|---|

**Whip Around**
**6302 Fairview Rd.**
**#309**
**Charlotte, NC 28210**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:     List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Calhoun County Circuit Court**<br>**Case No. 2024-63-CZ**<br>**161 Michigan Ave.**<br>**Battle Creek, MI 49014** | Line **3.96**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Cereal City Baseball**<br>**189 Bridge St.**<br>**Battle Creek, MI 49017** | Line **3.96**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Craine & Weiner**<br>**Attn James Norris**<br>**5805 Sepulveda Blvd.**<br>**4th Floor**<br>**Van Nuys, CA 91411** | Line **3.174**<br>☐ Not listed. Explain ____ | **6078** |
| 4.4 | **JP Morgan Chase Bank, N.A.**<br>**PO Box 182051**<br>**Columbus, OH 43218-2051** | Line **3.93**<br>☐ Not listed. Explain ____ | **5245** |
| 4.5 | **JP Morgan Chase Bank, N.A.**<br>**PO Box 182051**<br>**Columbus, OH 43218-2051** | Line **3.94**<br>☐ Not listed. Explain ____ | **6136** |
| 4.6 | **Muller, Baatenburg & Wilson**<br>**Law Group, PC**<br>**979 Spaulding Ave. SE, Ste. B**<br>**Ada, MI 49301** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Vandervoort, Christ & Fisher**<br>**Attn: Nelson Karre**<br>**70 Michigan Ave. West**<br>**Suite 450**<br>**Battle Creek, MI 49017** | Line **3.96**<br>☐ Not listed. Explain ____ | _ |

Debtor    **Orbit Marketing, LLC**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.8    **Whip Around**<br>**1650 N. Coast Highway 101**<br>**Encinitas, CA 92024** | Line  **3.181**<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                  **0.00** |
| **5b. Total claims from Part 2** | 5b.  + | $         **4,195,186.45** |
| **5c. Total of Parts 1 and 2**<br>        Lines 5a + 5b = 5c. | 5c. | $         **4,195,186.45** |

**Fill in this information to identify the case:**

Debtor name **Orbit Marketing, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **2022 Cadillac Escalade** | |
| State the term remaining | **GM Financial** **4001 Embarcadero** **Arlington, TX 76014** |
| List the contract number of any government contract | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Lease of 3rd Floor of 2725 Airview Blvd., Portage, MI 49002. Current Rent is $8.50 per sq. ft., $117,410.50 annually or $9,784.00 per month.  Debtor is currently behind on rent.** | |
| State the term remaining  **3 yrs 4 mos** | **Lockhart Management** **2725 Airview Blvd.** **Suite 202** **Portage, MI 49002** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Orbit Marketing, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Climax Construction, LLC** | **7017 S. Westnedge Portage, MI 49002** | **People Driven Credit Union** | ■ D __2.22__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Climax Plumbing, LLC** | **2450 W. Columbia Ave. Battle Creek, MI 49015** | **Honor Credit Union** | ■ D __2.16__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Climax Waste Management, LLC** | **2450 W. Columbia Ave. Battle Creek, MI 49015** | **Team Financial Group, Inc.** | ☐ D _____<br>■ E/F __3.170__<br>☐ G _____ |
| 2.4 | **Joshua L Thompson** | **13772 E. MN Ave Climax, MI 49034** | **Honor Credit Union** | ■ D __2.16__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Joshua L. Thompson** | **13772 East MN Ave. Climax, MI 49034** | **People Driven Credit Union** | ■ D __2.22__<br>☐ E/F _____<br>☐ G _____ |

Debtor **Orbit Marketing, LLC**                                          Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Joshua L. Thompson | 13772 East MN Ave<br>Climax, MI 49034 | LAFCU | ■ D __2.20__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Joshua Thompson | 13772 E. MN Avenue<br>Climax, MI 49034 | American Express | ☐ D ____<br>■ E/F __3.8__<br>☐ G ____ |
| 2.8 | Joshua Thompson | 13772 E. MN Avenue<br>Climax, MI 49034 | American Express | ☐ D ____<br>■ E/F __3.9__<br>☐ G ____ |
| 2.9 | Joshua Thompson | 13772 E. MN Avenue<br>Climax, MI 49034 | Honor Credit Union | ☐ D ____<br>■ E/F __3.64__<br>☐ G ____ |
| 2.10 | Joshua Thompson | 13772 E. MN Avenue<br>Climax, MI 49034 | Honor Credit Union | ☐ D ____<br>■ E/F __3.65__<br>☐ G ____ |
| 2.11 | Joshua Thompson | 13772 E. MN Avenue<br>Climax, MI 49034 | Chase Ink | ☐ D ____<br>■ E/F __3.27__<br>☐ G ____ |
| 2.12 | Millers Wholesale, Inc. | 2450 W. Columbia Ave.<br>Battle Creek, MI 49015 | Honor Credit Union | ☐ D ____<br>■ E/F __3.67__<br>☐ G ____ |
| 2.13 | Millers Wholesale, Inc. | 2450 W. Columbia Ave.<br>Battle Creek, MI 49015 | Honor Credit Union | ☐ D ____<br>■ E/F __3.68__<br>☐ G ____ |

Debtor    **Orbit Marketing, LLC**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | **Venem, LLC**  7017 S. Westnedge Ave.  Portage, MI 49002 | **M Dewey, LLC** | ■ D ___**2.21**___  ☐ E/F _____  ☐ G _____ |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Orbit Marketing, LLC** |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) |

☐ Check if this is an
    amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ■ Operating a business ☐ Other _____ | $388,858.77 |
   | **For prior year:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | $15,492,725.94 |
   | **For year before that:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | $38,130,251.15 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | **Sales of Vehicles Outside Ordinary Course of Business See SOFA #13** | $102,030.00 |
   | **For prior year:** From  **1/01/2023** to **12/31/2023** | **Sales of Vehicles Outside Ordinary Course of Business See SOFA #13** | $39,875.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **Orbit Marketing, LLC** | Case number *(if known)* | |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **To be provided** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Joshua Thompson**<br>**13772 East MN Ave.**<br>**Climax, MI 49034**<br>**Sole Member / CEO** | **Various** | **Unknown** | **Owner draws  Amounts and dates to be provided.** |
| 4.2. **Honor Credit Union**<br>**Business Services**<br>**8385 Edgewood Rd.**<br>**Berrien Springs, MI 49103**<br>**Guaranteed by Insider** | **To be Provided** | **Unknown** | **Various mortgages for business property, auto loans and operating lines of credit for business, which were guaranteed by Debtor's sole member.** |
| 4.3. **LAFCU**<br>**106 N. Marketplace Blvd**<br>**Lansing, MI 48917**<br>**Loans guaranteed by Sole Member** | **Various** | **Unknown** | **Mortgage payments on real estate located at 265 Lakeshore Drive Battle Creek.  Mortgage personally guaranteed by Debtor's sole member.** |
| 4.4. **People Driven Credit Union**<br>**24333 Lahser Rd.**<br>**Southfield, MI 48033**<br>**Loan guaranteed by Debtor's Sole Member** | **Various** | **Unknown** | **Mortgage debt for business guaranteed by debtor's sole member.** |
| 4.5. **Various** | **To be provided** | **$0.00** | **Payments on Joshua Thopson's credit cards and Debtor's credit cards on which Joshua Thompson has agreed to guaranty payment.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor   **Orbit Marketing, LLC**                                          Case number *(if known)*

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Orbit Marketing, LLC v. Aaron Teachout, Ed Richards, et al**<br>**23-0335-CK** | **Breach of Contract, Breach of Fiduciary Duty, Violation Uniform Trade Secrets Act, Tortious Interference with Business Relationships and Contracts, and Civil Conspiracy.** | **Kalamazoo County Circuit Court**<br>**Case No. 23-0335-CK**<br>**227 W. Michigan Avenue**<br>**Kalamazoo, MI 49007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **LAFCU v. Orbit Marketing, LLC and Joshua L. Thompson**<br>**23-3197-CB** | **Contract / Receivership** | **Calhoun County Circuit Court**<br>**Case No. 23-3197-CB**<br>**161 Michigan Ave.**<br>**Battle Creek, MI 49014** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **CED v. Orbit Marketing and Joshua L. Thompson**<br>**23-05647-CB** | **Contract - Orbit Marketing, LLC is seeking opportunity to file counterclaim.** | **Kent County Circuit Court**<br>**Case No. 23-05647-CB**<br>**180 Ottawa Ave. NW**<br>**Second Floor**<br>**Grand Rapids, MI 49503** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Orbit Marketing, LLC v. Caleb Scribner et al.**<br>**2021-0438-CB** | **Breach of Contract, Breach of Fiduciary Duty, Breach of Duty of Loyalty, Fraudulent and Negligent Misrepresentation, Defamation and Tortious Interference.** | **Kalamazoo County Circuit Court**<br>**Case No. 2021-0438-CB**<br>**227 W. Michigan Avenue**<br>**Kalamazoo, MI 49007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **Orbit Marketing, LLC** | Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5. **Auto Owners Insurnace Co. v. Orbit Marketing, LLC Unknown** | **Contract - Case purportedly filed within the last few days. Additional details to be provided once received.** | | ■ Pending ☐ On appeal ☐ Concluded |
| 7.6. **People Driven Credit Union v. Orbit Marketing, LLC dba Climax Electrical Services, Climax Solar and Option 1 Genetics; Climax Construction and Joshua L. Thompson. 24-656-CB** | **Contract** | **Calhoun County Circuit Court Case No. 24-656-CB 161 Michigan Ave. Battle Creek, MI 49014** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.7. **Kalamazoo Baseball, LLC and Cereal City Baseball, LLC v. Orbit Marketing, LLC dba Climax Solar and Climax Insurance Agency, LLC 2024-63-CZ** | **Contract** | **Calhoun County Circuit Court Case No. 2024-63-CZ 161 Michigan Ave. Battle Creek, MI 49014** | ☐ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **LAFCU 106 N. Marketplace Blvd Lansing, MI 48917** | **265 Lakeshore Dr. Battle Creek, MI (Island Property) PPN 8190-17-614-0 (Mainland) and 0073-00-210-0 (Island).** | **$0.00** |
| | **Case title LAFCU v Orbit Marketing, LLC** | **Court name and address Calhoun County Circuit Court 161 Michigan Avenue Battle Creek, MI 49014** |
| | **Case number 23-3197-CB** | |
| | **Date of order or assignment April 4, 2024** | |

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor    **Orbit Marketing, LLC**                                         Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **2023 Kia Sportage VIN ending 5840 - Totaled in auto accident** | **To be provided** | **To be provided.** | **Unknown** |
| **2022 Kia Niro VIN ending 4667 Totaled in auto accident.** | **To be provided** | **To be provided** | **Unknown** |
| **2017 Ford Taurus totaled in auto accident** | **To be provided** | **To be provided** | **Unknown** |
| **Coinbase account was hacked through a phishing scam. It is unclear how much value was lost. Debtor was able to withdraw some of the value while attempting to withdraw all of it before the scammers could take money. However, the scammers received a significant amount. The account was frozen by Coinbase while it investigates. Once Debtor has access again, Debtor will have a better understanding of the loss.** | **None** | **Approximately March 20, 2024** | **Unknown** |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Oppenhuizen Law Firm, PLC**<br>**125 Ottawa Ave. NW, Suite 237**<br>**Grand Rapids, MI 49503** | **Payment total reflected includes necessary filing fees.** | **February 26, 2024** | **$40,000.00** |
| | Email or website address<br>**joppenhuizen@oppenhuizenlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

Debtor    **Orbit Marketing, LLC**

Case number *(if known)*

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Cole Century Buick, GMC, Cadillac 6600 S. Westnedge Ave. Portage, MI 49002**<br><br>Relationship to debtor<br>**None, Arms Length Transaction** | **2021 Hyundai Sonata Vin ending 1464** | **March 1, 2024** | **$19,530.00** |
| 13.2. | **L&T Auto Sales and Service, LLC 1000 W. Michigan Ave Three Rivers, MI 49093**<br><br>Relationship to debtor<br>**Owned by Debtor's Sole Member's Son** | **2020 Kia Niro Vin Ending 541827** | **September 1,2023** | **$10,100.00** |
| 13.3. | **L&T Auto Sales and Service, LLC 1000 W. Michigan Ave. Three Rivers, MI 49093**<br><br>Relationship to debtor<br>**Owned by Debtor's Sole Member's Son** | **2020 Kia Niro Vin Ending 2752** | **September 1, 2023** | **$12,050.00** |
| 13.4. | **Seelye Ford 3820 Stadium Drive Kalamazoo, MI 49008**<br><br>Relationship to debtor<br>**None / Arms Length Transfer** | **2022 Cadillac CT 5-V VIN ending 810805** | **February 20, 2024** | **$82,500.00** |
| 13.5. | **L&T Auto Sales and Service, LLC 1000 W. Michigan Ave. Three Rivers, MI 49093**<br><br>Relationship to debtor<br>**Owned by Debtor's Sole Member's Son** | **2020 Kia Niro VIN Ending 5439494** | **September 1, 2023** | **$9,650.00** |

Debtor    **Orbit Marketing, LLC**                                              Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.6<br>. | **L&T Auto Sales and Service,<br>LLC**<br>**1000 W. Michigan Ave.**<br>**Three Rivers, MI 49093** | **2018 Chevrolet Malibu, VIN Ending 36541** | **September 1,<br>2023** | **$8,075.00** |
| | Relationship to debtor<br>**Owned by Debtor's Sole<br>Member's Son** | | | |

---

**Part 7:**    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

Debtor    **Orbit Marketing, LLC**                                    Case number *(if known)*

---

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Climax Construction, LLC 7017 S. Westnedge Ave. Portage, MI 49002** | **7017 S. Westnedge Ave. Portage, MI 49002** | **Climax Construction, LLC operates in the same building as Debtor (the "Location"). There is no divide between space used by each. All Climax Construction, LLC's assets are in the Location if not in use. Debtor does not control assets. Assets include hand and small power tools, and general assets a construction company owns. Climax Construction, LLC installs solar power systems Orbit Marketing, LLC sells to its customers. Value stated is estimated value of tools.** | **$100,000.00** |

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

---

| Debtor | Orbit Marketing, LLC | Case number *(if known)* | |
|---|---|---|---|

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1. | | EIN: From-To |
| 25.2. **Venem, LLC** **2725 Airview Blvd** **Suite 300** **Portage, MI 49002** | **Owns restaurant subject to land contract.  Leases right to operate restaurant on premises to Thompson Marketing, LLC, which is owned by Debtor's sole member's son.  Debtor purchased the membership interest in Venem, LLC on December 16, 2022.** | EIN: From-To   **5/31/2019 - Present** |
| 25.3. **Long Island Cafe, LLC** **256 Helmer Rd. N.** **Battle Creek, MI 49037** | **The company operates a restaurant called, Long Island Cafe at the address herein.  The real estate and all assets necessary for operating the restaurant are owned by Debtor.** | EIN: From-To   **August 28, 2020 - Present** |

| Debtor | Orbit Marketing, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.4. **Millers Wholesale, Inc.**<br>**2450 W. Columbia Ave.**<br>**Battle Creek, MI 49015** | **Owns real estate from which Climax Plumbing, LLC operates. Millers Wholesale, Inc. operated a plumbing company for six months after it was purchased by Debtor, but operations were transferred to Climax Plumbing, LLC. Millers Wholesale, Inc. continues to collect accounts receivable and owns certain personal property related to plumbing and pipe fitting. Debtor purchased Millers Wholesale, Inc. during November, 2021.** | EIN:<br><br>From-To   **11/6/1946 - Present.** |
| 25.5. **Valu Energy, LLC**<br>**2974 Business One Dr.**<br>**Kalamazoo, MI 49048** | **Business does not operate. It owns certain bank accounts with funds in them, which are listed on Debtor's schedules and belonging to Debtor.** | EIN:<br><br>From-To   **3/14/2013** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **David Jewell**<br>**Yeo & Yeo CPAs & Advisors**<br>**710 E. Milham**<br>**Kalamazoo, MI 49002** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **David Jewell**<br>**Yeo & Yeo CPAs & Advisors**<br>**710 E. Milham**<br>**Kalamazoo, MI 49002** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **To be provided** |

**27. Inventories**

Debtor    **Orbit Marketing, LLC**                                    Case number *(if known)*

Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ■ No
- ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joshua Thompson** | **13772 East MN Ave. Climax, MI 49034** | **CEO and Sole Member** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ■ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Joshua Thompson 13772 East MN Ave. Climax, MI 49034** | **To be provided** | **To be provided** | **Compensation / Owner's Draws** |
| | **Relationship to debtor Sole Member** | | | |
| 30.2. | **Climax Construction, LLC 7017 S. Westnedge Portage, MI 49002** | **February 1 and 21, 2024; January 1, 3, 9, 10, 11, 14 and 29, 2024; December 2, 6, 7, 14, 18, 26, 27, 29, 30, 2023; November 3, 8, 9, 13, 14, 20, 23, 30, 2023; October 27,** | **$16,107.53** | **Paid expenses of Climax Construction, LLC with expectation of reimbursement. Additional payments may exist, Debtor is reviewing records.** |
| | **Relationship to debtor Sister Company** | | | |

Debtor    **Orbit Marketing, LLC**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | Climax Insurance, LLC<br>2725 Airview Blvd., Suite 301<br>Portage, MI 49002 | $89,475.53 | April 3, 2024, March 4, 14, 21, 2024; February 1, 2, 5, 21, 22, 26, 29, 2024; January 2, 4, 14, 18, 21, 25, 2024; December 4, 11, 14, 21, 26, 28, 2023; November 2, 9, 14, 22, 30, 2023; October 2, 5, 12, 14, 21, 29, 31; September 5, 6, 13, 14, 18, 21, 25, 28, 2023; August 21, 24, 287, 2023. Additional payments may exist. Debtor is reviewing its books. | Debtor paid expenses for Climax Insurance, LLC with the expectation of being reimbursed. |
| | **Relationship to debtor**<br>Funded by Debtor, Owned by Debtor's Owner's Son | | | |
| 30.4. | Climax Landscaping, LLC<br>2725 Airview Blvd., Ste. 301<br>Portage, MI 49002 | $8,139.86 | November 10, 2023, October 5 and 12, 2023; September 7, 2023; August 4 and 10, 2023; July 17 and 31, 2023 | Debtor paid expenses for Climax Landscaping, LLC with the expectation of being reimbursed. |
| | **Relationship to debtor**<br>Sister Company | | | |

Debtor    **Orbit Marketing, LLC**                                          Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **Climax Plumbing, LLC**<br>**2450 W. Columbia**<br>**Battle Creek, MI 49015**<br><br>Relationship to debtor<br>**Sister Company** | **$8,177.28** | **February 4, 2024, January 4, 2024; December 4, 2023; November 16 and 22, 2023; October 4, 13, 29, 2023; September 4, 5, 29, 2023; August 2, 3, 4, 7, 9, 2023; July 4, 25, 2023; June 2 and 7, 2023; March 28, 2023.** | **Debtor paid expenses for Climax Plumbing, LLC with the expectation of being reimbursed.** |
| 30.6. | **Climax Waste Management, LLC**<br>**7017 S. Westnedge**<br>**Portage, MI 49002**<br><br>Relationship to debtor<br>**Sister Company** | **$25,061.52** | **March 12, 2024; February 21, 2024; January 24, 2024; December 24, 2023; November 24, 2023; October 24, 2024; September 5, 18, 24, 2023; August 24, 2024; July 19, 24, 25, 2023; June 1, 2, 3, 12, 14, 16, 24, 2023; May 15, 16, 19, 23, 24, 25, 26, 28 2023; April 15, 2023; March 24, 2023** | **Debtor paid expenses for Climax Waste Management, LLC with the expectation of being reimbursed.** |

Debtor    **Orbit Marketing, LLC**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7. | **L&T Auto, LLC**<br>**1000 West Michigan Avenue**<br>**Three Rivers, MI 49093**<br><br>**Relationship to debtor**<br>**Funded by Debtor, Owned and Operated by Debtor's Owner's Son** | **$9,007.97** | **anuary 28, 2024; December 15, 19, 26, 28, 2023; November 13, 28, 30, 2023; October 28, 31, 2023; September 5, 28, 2023; August 16, 28, 2023; July 25, 28,** | **Debtor paid expenses for L&T Auto, LLC with the expectation of being reimbursed.** |
| 30.8. | **Long Island Cafe, LLC**<br>**256 Helmer Rd. N.**<br>**Battle Creek, MI 49037**<br><br>**Relationship to debtor**<br>**Subsidiary** | **$22,681.96** | **March 26, 2024; January 10, 30, 2024; December 30, 2023; November 1, 30 2023; October 30, 2023; September 5, 30, 2023; August 30, 2023; July 25, 30, 2023; June3, 13, 28, 30, 2023; May 3,18, 30 2023; April 4, 5, 19,21, 30, 2023; March 22, 30, 2023** | **Debtor paid expenses for Long Island Cafe, LLC with the expectation of being reimbursed.** |

Debtor    **Orbit Marketing, LLC**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.9. | **Millers Wholesale, Inc.**<br>**2450 W. Columbia**<br>**Battle Creek, MI 49015** | **$47,956.80** | **March 18, 26, 2024; February 20, 26, 2024; January 18, 24, 2024; December 1, 2023; November 27, 2023; October 4, 9, 17, 2023; September 1, 19, 21, 2023; August 17, 2023; June 26, 2023** | **Debtor paid expenses for Millers Wholesale, Inc. with the expectation of being reimbursed.** |
| | Relationship to debtor<br>**Subsidiary** | | | |
| 30.10. | **Springfield Metal Recyclers**<br>**520 N. 24th**<br>**Battle Creek, MI 49037** | **$21,493.59** | **January 28, 2024; December 12, 26, 28 2023; November 10, 2023; October 18, 23, 28, 31, 2023; September 28, 2023** | **Debtor paid expenses for Springfield Metal Recyclers with the expectation of being reimbursed.** |
| | Relationship to debtor<br>**Debtor's Owner Operates Business** | | | |

Debtor    **Orbit Marketing, LLC**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 1. | | | **March 18,20, 21, 22, 25, 28, 2023; April 28, 2023; May 2, 13, 21, 28, 2023; June 6, 20, 30, 2023; July 3, 20, 25, 2023; August 3, 7, 16, 20, 2023; September 3, 5, 7, 18, 20, 27, 2023; October 3, 20, 30, 2023; November 9, 17, 20, 22, 2023; December 20, 2023; January 20, 2024** | **Debtor paid expenses for Long Island Cafe (Portage) with the expectation of being reimbursed.** |
| | **Long Island Cafe (Portage) 5222 Portage Rd. Portage, MI 49002** | **$10,965.20** | | |
| | **Relationship to debtor Funded by Debtor, Owned by Debtor's Owner's Son** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Orbit Marketing, LLC**                                        Case number *(if known)*

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 26, 2024__

__/s/ Joshua L. Thompson__                              __Joshua L. Thompson__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    __Sole Member__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No
☐ Yes

# United States Bankruptcy Court
## Western District of Michigan

In re    **Orbit Marketing, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joshua Thompson**<br>**13772 East MN Ave.**<br>**Climax, MI 49034** | | | **100% Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 26, 2024**

Signature    **/s/ Joshua L. Thompson**

**Joshua L. Thompson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Michigan

In re   **Orbit Marketing, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 26, 2024**

**/s/ Joshua L. Thompson**

**Joshua L. Thompson**/**Sole Member**
Signer/Title

1ST SOURCE BANK
PO BOX 4055
SOUTH BEND IN 46634


AARON CRAWFORD
10292 DRIFTBOAT LN.
WEST OLIVE MI 49460


AF AUTO GLASS & DETAIL
7325 QUAIL ST.
PORTAGE MI 49024


ALBION FINANCIAL, INC.
ATTN: HOUSTON PETERSON
440 W. CENTRE AVE., STE. 1
PORTAGE MI 49024


ALISSA RAUWERDINK
5818 EMBASSY ST.
KALAMAZOO MI 49009


ALLAN PAEPKE
17080 SENECA DR.
HOWARD CITY MI 49329


AMERICAN EXPRESS
BUSINESS CENTURION CARD
ATTN: BANKRUPTCY
PO BOX 981535
EL PASO TX 79998-1535


AMERICAN EXPRESS
BUSINESS PLATINUM CARD
ATTN: BANKRUPTCY
PO BOX 981535
EL PASO TX 79998-1535


AMY HIGGINS
16248 WABASH RD.
WALDRON MI 49288


AMY NIEKAMP
19 BERRETA DR.
SHELBYVILLE MI 49344

ANDRE DRISKHL
305 E. EUCLID AVE.
JACKSON MI 49203


ARIN MCKELLAR
9616 RENTSMAN ST. NE
CEDAR SPRINGS MI 49319


ASK NICELY
1615 SE 3RD AVE.
FLOOR 3
PORTLAND OR 97214


AUTO OWNERS INSURANCE
6101 ANACAPRI BLVD
LANSING MI 48917


BARBARA HAWLEY
14036 POPLAR AVE.
GRANT MI 49327


BENJAMIN SANTORA
23512 12 1/2 MILE RD.
BATTLE CREEK MI 49014


BEST WAY DISPOSAL
PO BOX 4040
KALAMAZOO MI 49003-4040


BREEZE EALY
2122 BOURDON ST.
MUSKEGON MI 49441


BYRD'S LANDING
220 HELMER RD. N.
BATTLE CREEK MI 49037


CALHOUN COUNTY CIRCUIT COURT
CASE NO. 23-3197-CB
161 MICHIGAN AVE.
BATTLE CREEK MI 49014

```
CALHOUN COUNTY CIRCUIT COURT
CASE NO. 2024-63-CZ
161 MICHIGAN AVE.
BATTLE CREEK MI 49014


CARL HADDEN
1407 LAWNDALE AVE.
NILES MI 49120


CATRYNA CAMPBELL
19870 27 1/2 MILE RD.
ALBION MI 49224


CED GREENTECH
2207 E. 165TH ST.
HAMMOND IN 46320


CEREAL CITY BASEBALL
189 BRIDGE ST.
BATTLE CREEK MI 49017


CHAD WEHLER
658 WHITEFISH RD.
SAND LAKE MI 49343


CHARLES BROCKWAY
5201 CALLAHAN RD.
ALBION MI 49224


CHASE INK
PO BOX 15298
WILMINGTON DE 19850-5298


CHRISTOPHER TAYLOR


CLIMAX CONSTRUCTION, LLC
7017 S. WESTNEDGE
PORTAGE MI 49002


CLIMAX LANDSCAPING, LLC
2725 AIRVIEW BLVD., STE. 301
PORTAGE MI 49002
```

CLIMAX PLUMBING, LLC
2450 W. COLUMBIA AVE.
BATTLE CREEK MI 49015


CLIMAX WASTE MANAGEMENT, LLC
2450 W. COLUMBIA AVE.
BATTLE CREEK MI 49015


CLINT VISSER
7332 TAYLOR ST.
HUDSONVILLE MI 49426


COMMERCIAL ALLIANCE
OF MICHIGAN, LLC
7127 S. WESTNEDGE AVE.
PORTAGE MI 49002


CONNIE EHREDT
128 ALVENA AVE.
BATTLE CREEK MI 49017


CONTINENTAL LINEN SERVICES
4200 MANCHESTER RD.
KALAMAZOO MI 49001


CORY OSBORN
10025 REXFORD RD.
GRASS LAKE MI 49240


CRAINE & WEINER
ATTN JAMES NORRIS
5805 SEPULVEDA BLVD.
4TH FLOOR
VAN NUYS CA 91411


CURTIS HOUCK
212 S. 5TH ST.
EDMORE MI 48829


DALE DAVIS
10528 WARNER RD.
CARSON CITY MI 48811

DALE WANKE
5019 GENESEE RD.
FLINT MI 48506


DALE'S TREE SERVICE
27 N. BUYS RD.
MUSKEGON MI 49445


DALLAS MCCOY
8599 E. EATON HWY
MULLIKEN MI 48861


DANA WIGTON
2310 PIERCE ST.
FLINT MI 48503


DAVID BEELEN
6864 112TH ST.
HOLLAND MI 49424


DAVID ROSE
5115 RIVES EATON RD.
RIVES JUNCTION MI 49277


DAVID SEBENICK
795 N. WEST RD.
LAINGSBURG MI 48848


DENIS BUMPUS
18973 DOYLE CT.
GREGORY MI 48137


DENNIS KONZEN
450 TREASURE ISLAND
MATTAWAN MI 49071


DLL FINANCIAL SOLUTIONS
PARTNER
1111 OLD EAGLE SCHOOL RD.
WAYNE PA 19087


DUANE HERBERT
10505 W. VAN ORDEN RD.
FOWLERVILLE MI 48836

```
DUANE TRAVIOLI
7786 BROOKLYN RD.
JACKSON MI 49201


EDWARD BROWN
58650 RUMSEY RD.
THREE RIVERS MI 49093


ELEMENT 22 COMMERCIAL GROUP
2425 S. 11TH ST.
SUITE D
KALAMAZOO MI 49009


ELKE FORYSTEK
4960 SHEPPER RD.
STOCKBRIDGE MI 49285


ERIC DREW
13406 TUSCOLA RD.
CLIO MI 48420


FAYLENE NAUSADIS
2057 FOREST LN
NEWAYGO MI 49337


FIELDS LAWN CARE AND
MAINTENANCE
1101 N. EDWARDS
KALAMAZOO MI 49007


FIRE PROS
2710 NORTHRIDGE DR. NW
GRAND RAPIDS MI 49544


FRANK WEINBRECHT
3112 N. M43
HASTINGS MI 49058


GLEN BOLF
10043 SHERIDAN
BURT MI 48417


GLORIA POWELL
2641 SENICA ST.
FLINT MI 48504
```

GM FINANCIAL
4001 EMBARCADERO
ARLINGTON TX 76014


GM FINANCIAL
PO BOX 183123
ARLINGTON TX 76096-3123


GM FINANCIAL
PO BOX 1510
COCKEYSVILLE MD 21030


GORDON WATER SYSTEMS
618 E. CROSSTOWN PKWY
KALAMAZOO MI 49001


GREAT LAKES CULINARY DESIGNS
24101 W. 9 MILE RD.
SOUTHFIELD MI 48033


GREGORY CASTERLINE
897 CANRIGHT ST.
BATTLE CREEK MI 49037


HALLMAN WINDOW WASHING
48485 MEADOW OAK TRL
MATTAWAN MI 49071


HAROLD EMENS
11591 SEELEY RD.
WALDRON MI 49288


HENN LESPERANCE
32 MARKET AVE SW, SUITE 400
GRAND RAPIDS MI 49503


HONOR CREDIT UNION
BUSINESS SERVICES
8385 EDGEWOOD RD.
BERRIEN SPRINGS MI 49103


HUE MARTIN ROBINSON
1053 BURTON ST. SE
GRAND RAPIDS MI 49507

```
IIX (VERISK)
GENERAL POST OFFICE BOX
PO BOX 27828
NEW YORK NY 10087-7828


IMPACT RADIO, LLC
59750 CONSTANTINE RD.
THREE RIVERS MI 49093


JAMES FROEHLICH
14266 8 MILE RD.
STANWOOD MI 49346


JAMES HERBERT
2718 BRANCH RD.
FLINT MI 48506


JAMES POMAVILLE
9 E. SALZBURG RD.
BAY CITY MI 48706


JAMES SAUNDERS
3569 W. JEFFERSON RD.
PENTWATER MI 49449


JAMES WORKMAN
8880 SPICERVILLE HWY
EATON RAPIDS MI 48827


JAMORUS CAMPBELL
2018 WHITTLESEY ST.
FLINT MI 48504


JAN LOVEJOY
876 ELY ST.
ALLEGAN MI 49010


JASON DIEBEL
4701 BAILEY BRIDGE RD.
CHASE MI 49623


JASON STEINHAUS
286 EDGEWOOD DR.
JACKSON MI 49201
```

```
JEAN SANTIAGO
640 N. 12TH ST.
NILES MI 49120


JEANNE COLLINGS
2479 DUMONT RD.
ALLEGAN MI 49010


JEREMY KLINE
302 N. MADISON ST.
PERRY MI 48872


JIM WELLMAN
9851 MCDONALED RD.
PARMA MI 49269


JM HOME IMPROVEMENT LLC
320 FULLER ST.
NASHVILLE MI 49073


JOHN BOWSHER
9777 E ML AVE.
GALESBURG MI 49053


JOHN GRETKA
10889 N. GILMORE RD.
FARWELL MI 48622


JOHN ROGERS
1730 MICHAEL DR.
ALGER MI 48610


JOHN WILLFORD
4205 WILLFORD RD.
GLADWIN MI 48624


JORDAN VALASEK
4217 SMITH RD.
OTTAWA LAKE MI 49267


JOSEPH HOFFERT
35558 MARGURITE LN.
PAW PAW MI 49079
```

```
JOSHUA L THOMPSON
13772 E. MN AVE
CLIMAX MI 49034


JOSHUA L. THOMPSON
13772 EAST MN AVE.
CLIMAX MI 49034


JOSHUA L. THOMPSON
13772 EAST MN AVE
CLIMAX MI 49034


JOSHUA THOMPSON
13772 EAST MN AVE.
CLIMAX MI 49034


JOSHUA THOMPSON
13772 E. MN AVENUE
CLIMAX MI 49034


JP MORGAN CHASE BANK, N.A.
1111 POLARIS PARKWAY
COLUMBUS OH 43240


JP MORGAN CHASE BANK, N.A.
PO BOX 182051
COLUMBUS OH 43218-2051


JUDY BROWN
1247
CARR RD.
MUSKEGON MI 49442


KALAMAZOO BASEBALL, LLC
251 MILLS ST.
KALAMAZOO MI 49048


KAREN LUKS
2122 BARSTOW
LANSING MI 48906


KAREN THOMAS
8025 S. LOOMIS RD.
DEWITT MI 48820
```

KATHLEEN HARRIS
229 GRAND ST.
SPRINGPORT MI 49248


KDP RETIREMENT PLAN SVCS. INC.
PO BOX 120190
GRAND RAPIDS MI 49528


KEILEN LAW, PLC
141 E. MICHIGAN AVE.
SUITE 602
KALAMAZOO MI 49007


LAFCU
106 N. MARKETPLACE BLVD
LANSING MI 48917


LAMONT CLARK
255 ONEITA ST. N.
BATTLE CREEK MI 49037


LI  PLACEHOLDER
REIMBURSABLE EXPENSES LI
SEE BALANCE SHEET
PORTAGE MI 49002


LIEU SABIN
11968 S. GROVER LN
BALDWIN MI 49304


LISA SWILLEY
5455 HARVARD ST.
FLINT MI 48505


LOCKHART MANAGEMENT
2725 AIRVIEW BLVD.
SUITE 202
PORTAGE MI 49002


LOTTE FAY AIKENS-JONES
519 CRESTON ST.
MUSKEGON MI 49442

LYLE KENDRICK
2998 LYONS RD.
OWOSSO MI 48867


M DEWEY, LLC
C/O OWEN D. RAMEY
136 E. MICHIGAN AVE. STE. 800
KALAMAZOO MI 49007


MANNY REYES
6113 KENBROOK RD.
LANSING MI 48911


MARK GRIFFEN
1214 MARTHA CT.
ALLEGAN MI 49010


MARVIN HUSTON (SMITH)
55214 COUNTY ROAD 687
HARTFORD MI 49057


MARY ALPHENAAR
7326 OWEN DR.
KALAMAZOO MI 49009


MATTHEW LYSTER
3550 WESTCOVE DR.
PORTAGE MI 49024


MATTHEW SANDERSON
12948 RIVERSIDE DR.
CONSTANTINE MI 49042


MEGAN OVERLEY
241 SIGEL AVE.
BATTLE CREEK MI 49037


MELISSA STAMM
4230 E. X AVE.
VICKSBURG MI 49097


MERRITTE NYE
1512 BRADY AVE.
BURTON MI 48529

MI PRINTWORKS
509 MILLS ST.
KALAMAZOO MI 49001


MICAHEL HIEMSTRA
177 S. EAST ST.
FREEPORT MI 49325


MICHAEL DEFORREST
2427 N. 33RD ST.
GALESBURG MI 49053


MICHAEL I. ZOUSMER, ESQ.
ZOUSMER LAW GROUP, PLC
4190 TELEGRAPH RD., SUITE 3000
BLOOMFIELD HILLS MI 48302


MICHAEL JOBUSCH
6589 SHERMAN RD.
FOUNTAIN MI 49410


MICHAEL ZOUSMER
ZOUSMER LAW GROUP, PLC
4190 TELEGRAPH RD., SUITE 3000
BLOOMFIELD HILLS MI 48302


MICHELE WEAVER
14745 22 1/2 MILE RD.
MARSHALL MI 49068


MICHIGAN HOME PROS
10879 WEST MT. HOPE HWY
VERMONTVILLE MI 49096


MILES HAGGADONE
9475 LAKE RD.
MONTROSE MI 48457


MILLERS WHOLESALE, INC.
2450 W. COLUMBIA AVE.
BATTLE CREEK MI 49015

MULLER, BAATENBURG & WILSON
LAW GROUP, PC
979 SPAULDING AVE. SE, STE. B
ADA MI 49301


MYFLEETCENTER.COM
PO BOX 620130
MIDDLETON WI 53562


NATHAN DAVIDSON
19 HIGHLAND AVE.
BATTLE CREEK MI 49015


NOAH DAVY
13770 MASON DR.
GRANT MI 49327


ORAN SPARKS
471 TERRACE CT.
KALAMAZOO MI 49001


PATRICIA SIMS
340 BERTHA ST. NW
COMSTOCK PARK MI 49321


PAUL FATH
3739 LAURIA RD.
BAY CITY MI 48706


PEARL CERTIFICATION
9450 SW GEMINI DR.
PMB 83738
BEAVERTON OR 97008


PEOPLE DRIVEN CREDIT UNION
24333 LAHSER RD.
SOUTHFIELD MI 48033


PILLARS AUTO GLASS LLC
486 105TH AVE.
PLAINWELL MI 49080

PLAYFLY LLC
C/O MSU SPORTS PROPERTIES
PO BOX 743049
LOS ANGELES CA 90074


PRISCILLA BATHGATE
69573 EISENHOWER RD.
STURGIS MI 49091


QUALITY PLUMBING & DRAIN
2450 COLUMBIA AVE. W
BATTLE CREEK MI 49015


RACHEL MINICHINO
1321 WARREN AVE.
JACKSON MI 49203


RANDY HERMATZ
5019 E. WILSON RD.
REDFORD MI 48240


REACH OUTDOOR
8982 COMPAS PT. CR.
GALESBURG MI 49053


RHONDA MILLER
700 MEADOWBROOK DR.
HUDSON MI 49247


RICHARAD BREEN
6650 N. STONE RD.
HESPERIA MI 49421


RICHARD ZILKE
11579 LAKEVIEW DR.
BROOKLYN MI 49230


RICK JAQUAY
119 W. LOCKWOOD RD.
COLDWATER MI 49036


ROB PEARSALL
9784 ONSTED HWY
ONSTED MI 49265

```
ROBERT HULL
515 MCCLINTOCK ST.
LAINGSBURG MI 48848


ROBERT SNOW
9285 HUCKLEBERRY RD.
BERRIEN CENTER MI 49102


ROGER & JAMIE CREE
15630 S. 22ND ST.
VICKSBURG MI 49097


ROGER BUCK
3257 W. HOLMES RD.
LANSING MI 48911


ROGER SCHULTZ
3208 ROMENCE RD.
PORTAGE MI 49024


ROGER SUGG
11441 HOGAN RD.
GAINES MI 48436


ROGER WALDO
4517 LILY CT.
WHITE CLOUD MI 49349


RONALD BARNES
1955 CAMPGROUND RD.
HASTINGS MI 49058


SANDRA KOEHLER
3708 PONTIAC AVE.
KALAMAZOO MI 49006


SCOTT ANDREWS
10064 IOSCO RD.
FOWLERVILLE MI 48836


SCOTT KUKAL
1441 SWAIN ST.
WHITE CLOUD MI 49349
```

```
SCOTT PAUL-BONHAM
300 LAKE CT.
SAINT JOSEPH MI 49085


SEAN HEPHNER
14228 BEECHER RD.
HUDSON MI 49247


SHANE HARLAN
1562 LONGMONT AVE. NW
GRAND RAPIDS MI 49504


SHANNON BANKS
4764 N. EASTMAN RD.
MIDLAND MI 48642


SHIRLEY STANSBERRY
986 S. BENTON CENTER RD.
BENTON HARBOR MI 49022


STACY CREED
617 MCDONALD AVE.
FLINT MI 48507


STAR2STAR COMMUNICATIONS LLC
PO BOX 97231
LAS VEGAS NV 89193


STELLANTIS FINANCIAL SERVICES


STENSON TAMADDON LLC
ONE N. CENTRAL AVE.
STE. 1030
PHOENIX AZ 85004


STEVEN HOOVEN
4738 KAREL JEAN CT. SW
WYOMING MI 49519


STEVEN MCCLURG
695 PEMBERTON LN.
JACKSON MI 49203
```

```
SUNLIGHT FINANCIAL
234 WEST 39TH ST.
7TH FLOOR
NEW YORK NY 10018


SUNPOWER
PO BOX 742368
LOS ANGELES CA 90074-2368


T MOBILE
BANKRUPTCY TEAM
PO BOX 53410
BELLEVUE WA 98015-3410


TAMARA BROTT
1653 4TH ST. NW
GRAND RAPIDS MI 49504


TAMEKA STINSON
4805 WEST HOME AVE.
FLINT MI 48504


TEAM FINANCIAL GROUP, INC.
650 3 MILE RD. NW
SUITE 200
GRAND RAPIDS MI 49544


THE COMPUTER GUILD
3400 WESTNEDGE AVE.
KALAMAZOO MI 49008


THOMAS RICE
5490 BELLEVUE RD.
ONONDAGA MI 49264


TONDA WHITE
287 INDIAN LAKES RD. NE
SPARTA MI 49345


TOWNSQUARE MEDIA
OF BATTLE CREEK-KALAMAZOO
27139 NETWORK PLACE
CHICAGO IL 60673
```

TYLER FREESE
21700 W. GARY RD.
BRANT MI 48614


TYLER MACOMBER
11661 BEAR MEADOWS DR. SE
ALTO MI 49302


URBAN SOLAR
990 S. ROGERS CIRCLE
SUITE 4
BOCA RATON FL 33487


VANDERVOORT, CHRIST & FISHER
ATTN: NELSON KARRE
70 MICHIGAN AVE. WEST
SUITE 450
BATTLE CREEK MI 49017


VENEM, LLC
7017 S. WESTNEDGE AVE.
PORTAGE MI 49002


VERNON BAUER
3101 N. WOODRUFF RD.
WEIDMAN MI 48893


WELLS FARGO BANK NA
ATTN BANKRUPTCY
PO BOX 10347
DES MOINES IA 50306-0522


WELLS FARGO COMMERCIAL
DISTRIBUTION FINANCE, LLC
5595 TRILLIUM BLVD.
HOFFMAN ESTATES IL 60192


WELLS FARGO EQUIP. FINANCE
CUSTOMER CARE
PO BOX 3072
CEDAR RAPIDS IA 52406-3072


WHARRY ENGINEERING
427 CAPITAL AVE. SW
BATTLE CREEK MI 49015

```
WHIP AROUND
6302 FAIRVIEW RD.
#309
CHARLOTTE NC 28210


WHIP AROUND
1650 N. COAST HIGHWAY 101
ENCINITAS CA 92024
```

# United States Bankruptcy Court
## Western District of Michigan

In re    **Orbit Marketing, LLC**                                        Case No.
                                Debtor(s)              Chapter    **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Orbit Marketing, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Joshua Thompson**
**13772 East MN Ave.**
**Climax, MI 49034**


☐ None [*Check if applicable*]




**April 26, 2024**                              **/s/ James R. Oppenhuizen**
Date                                            **James R. Oppenhuizen P68715**

                                                Signature of Attorney or Litigant
                                                Counsel for   **Orbit Marketing, LLC**
                                                **Oppenhuizen Law Firm, PLC**
                                                **PO Box 7165**
                                                **Grand Rapids, MI 49510**
                                                **616-730-1861 Fax:616-930-4201**
                                                **joppenhuizen@oppenhuizenlaw.com**