UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

ORBIT MARKETING, LLC
HOLLIE RENAE POLI

CASE NO: 24-01123-swd

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
Judge: Honorable Scott Dales

On 10/21/2024, I did cause a copy of the following documents, described below,

Trustee's Motion for Authority to Sell Property of the Estate Pursuant to 11 U.S.C. Sec 363(b), Exhibits, Proposed Order and Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/21/2024

/s/ Kevin M. Smith
Kevin M. Smith  P48976
Attorney for Panel Trustee
Beadle Smith, PLC
P.O. Box 70656
Rochester Hills, MI  48307
248 601 3532
ksmith@bbssplc.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

ORBIT MARKETING, LLC
HOLLIE RENAE POLI

CASE NO: 24-01123-swd

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
Judge: Honorable Scott Dales

On 10/21/2024, a copy of the following documents, described below,

Trustee's Motion for Authority to Sell Property of the Estate Pursuant to 11 U.S.C. Sec 363(b), Exhibits, Proposed Order and Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/21/2024

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kevin M. Smith
Beadle Smith, PLC
P.O. Box 70656
Rochester Hills, MI  48307

USPS FIRST CLASS MAIL SERVICE RECEIPT
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS
OFFICE OF THE UNITED STATES TRUSTEE
125 OTTAWA STREET SECOND FLOOR
GRAND RAPIDS MI 49503

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-01123-SWD
WESTERN DISTRICT OF MICHIGAN
MON OCT 21 6-32-41 PST 2024

1ST SOURCE BANK
CO JEFFERY A JOHNSON
MAY OBERFELL LORBER
4100 EDISON LAKES PKWY
SUITE 100
MISHAWAKA  IN 46545-3467

ACAR LEASING LTD DBA GM FINANCIAL
LEASING
P O BOX 183853
ARLINGTON  TX 76096-3853

~~EXCLUDE~~
~~(D)ACAR LEASING  LTD DBA GM FINANCIAL LEASING~~
~~PO BOX 183853~~
~~ARLINGTON  TX 76096-3853~~

AMERICREDIT FINANCIAL SERVICES  INC DE GM
P O BOX 183853
ARLINGTON  TX 76096-3853

~~EXCLUDE~~
~~(U)CEREAL CITY BASEBALL CLUB LLC~~

~~EXCLUDE~~
~~(U)CONSOLIDATED ELECTRICAL DISTRIBUTORS INC~~

~~EXCLUDE~~
~~(U)HONOR CREDIT UNION~~

~~EXCLUDE~~
~~(U)KALAMAZOO BASEBALL CLUB LLC~~

LAFCU
ZOUSMER LAW GROUP PLC
MICHAEL I ZOUSMER
4190 TELEGRAPH RD  STE 3000
BLOOMFIELD HILLS  MI 48302-2082

~~EXCLUDE~~
~~(U)M DEWEY  LLC~~

NAI WISINSKI OF WEST MICHIGAN
100 CESAR E CHAVEZ AVE SW
SUITE 100
GRAND RAPIDS  MI 49503-4057

DEBTOR
ORBIT MARKETING  LLC
7017 S WESTNEDGE AVE
PORTAGE  MI 49002-4206

REPOCASTCOM  INC
CO CHAD MINGERINK
601 GORDON INDUSTRIAL CT
BYRON CENTER  MI 49315-8356

STATE OF MICHIGAN
MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
PO BOX 30736
LANSING  MI 48909-8236

(P)WEICHERT REALTORS PLATINUM GROUP
ATTN JASON VANASSEN
3061 MACATAWA DR SUITE D
GRANDVILLE MI 49418-3173

~~EXCLUDE~~
~~(U)WELLS FARGO COMMERCIAL DISTRIBUTION FINANCE~~

~~EXCLUDE~~
~~(U)WELLS FARGO VENDOR FINANCIAL SERVICES  LLC~~

~~EXCLUDE~~
~~WESTERN DISTRICT OF MICHIGAN~~
~~ONE DIVISION AVE  N~~
~~ROOM 200~~
~~GRAND RAPIDS  MI 49503-3132~~

1ST SOURCE BANK
PO BOX 4055
SOUTH BEND IN 46634-4055

~~EXCLUDE~~
~~(D)ACAR LEASING LTD DBA GM FINANCIAL LEASING~~
~~PO BOX 183853~~
~~ARLINGTON  TX 76096-3853~~

AF AUTO GLASS  DETAIL
7325 QUAIL ST
PORTAGE MI 49024-4202

AUTOOWNERS INSURANCE COMPANY INC
PO BOX 30660
LANSING  MI 48909-8160

AARON CRAWFORD
10292 DRIFTBOAT LN
WEST OLIVE MI 49460-8848

AIRGAS USA LLC
6055 ROCKSIDE WOODS BLVD
INDEPENDENCE  OH 44131-2301

(P)SAMI INVESTMENTS
ALBION FINANCIAL INC
440 WEST CENTRE AVENUE
SUITE 1
PORTAGE MI 49024-5357

USPS FIRST CLASS MAIL SERVICE LIST (SWD)
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ALISSA RAUWERDINK
5818 EMBASSY ST
KALAMAZOO MI 49009-6253

ALLAN PAEPKE
17080 SENECA DR
HOWARD CITY MI 49329-9329

~~EXCLUDE~~
~~(D)AMERICREDIT FINANCIAL SERVICES  INC~~
~~DBA GM~~
~~P O BOX 183853~~
~~ARLINGTON  TX 76096-3853~~

AMERICAN EXPRESS
BUSINESS CENTURION CARD
ATTN BANKRUPTCY
PO BOX 981535
EL PASO TX 79998-1535

AMERICAN EXPRESS
BUSINESS PLATINUM CARD
ATTN BANKRUPTCY
PO BOX 981535
EL PASO TX 79998-1535

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AMY HIGGINS
16248 WABASH RD
WALDRON MI 49288-9501

AMY NIEKAMP
19 BERRETA DR
SHELBYVILLE MI 49344-9762

ANDRE DRISKHL
305 E EUCLID AVE
JACKSON MI 49203-4328

ARIN MCKELLAR
9616 RENTSMAN ST NE
CEDAR SPRINGS MI 49319-8951

ASK NICELY
1615 SE 3RD AVE
FLOOR 3
PORTLAND OR 97214-2283

AUTO OWNERS INSURANCE
6101 ANACAPRI BLVD
LANSING MI 48917-3994

BARBARA HAWLEY
14036 POPLAR AVE
GRANT MI 49327-9352

BENJAMIN SANTORA
23512 12 12 MILE RD
BATTLE CREEK MI 49014-9123

BEST WAY DISPOSAL
PO BOX 4040
KALAMAZOO MI 49003-4040

BREEZE EALY
2122 BOURDON ST
MUSKEGON MI 49441-1627

~~EXCLUDE~~
~~(U)BRIAN L SPITLER~~
~~5241 PLAINFIELD AVE NE~~

BUTZEL LONG  PC
150 WEST JEFFERSON  SUITE 100
DETROIT  MI 48226-4452

BYRDS LANDING
220 HELMER RD N
BATTLE CREEK MI 49037-7916

CALHOUN COUNTY TREASURER
315 W GREEN ST
MARSHALL  MI 49068-1518

CED GREENTECH
2207 E 165TH ST
HAMMOND IN 46320-2904

CONSUMERS ENERGY COMPANY
ATTN LEGAL DEPT
ONE ENERGY PLAZA
JACKSON  MI 49201-2357

CALHOUN COUNTY CIRCUIT COURT
CASE NO 202463CZ
161 MICHIGAN AVE
BATTLE CREEK MI 49014-4021

CALHOUN COUNTY CIRCUIT COURT
CASE NO 233197CB
161 MICHIGAN AVE
BATTLE CREEK MI 49014-4021

CARL HADDEN
1407 LAWNDALE AVE
NILES MI 49120-4244

CATRYNA CAMPBELL
19870 27 12 MILE RD
ALBION MI 49224-9443

CEREAL CITY BASEBALL
189 BRIDGE ST
BATTLE CREEK MI 49017-5303

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CEREAL CITY BASEBALL CLUB  LLC
CO PERRY G PASTULA
2745 DEHOOP AVE SW
WYOMING  MI 49509-1867

CHAD WEHLER
658 WHITEFISH RD
SAND LAKE MI 49343-9736

CHARLES BROCKWAY
5201 CALLAHAN RD
ALBION MI 49224-9197

~~EXCLUDE~~

(P)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

~~(U)CHRISTOPHER TAYLOR~~

CITY OF PORTAGE
TREASURY OFFICE
7900 S WESTNEDGE AVE
PORTAGE  MI 49002-5117

CLIMAX CONSTRUCTION  LLC
7017 S WESTNEDGE
PORTAGE MI 49002-4206

CLIMAX LANDSCAPING  LLC
2725 AIRVIEW BLVD  STE 301
PORTAGE MI 49002-1806

CLIMAX PLUMBING  LLC
2450 W COLUMBIA AVE
BATTLE CREEK MI 49015-8639

CLIMAX WASTE MANAGEMENT  LLC
2450 W COLUMBIA AVE
BATTLE CREEK MI 49015-8639

CLINT VISSER
7332 TAYLOR ST
HUDSONVILLE MI 49426-9525

COMMERCIAL ALLIANCE
OF MICHIGAN  LLC
7127 S WESTNEDGE AVE
PORTAGE MI 49002-4276

CONNIE EHREDT
128 ALVENA AVE
BATTLE CREEK MI 49017-5202

CONSOLIDATED ELECTRICAL DISTRIBUTORS
INC
DBA CED GREENTECH
C0 TROUTMAN PEPPER HAMILTON SANDERS LLP
4000 TOWN CENTER  SUITE 1800
SOUTHFIELD  MI 48075-1505

CONSOLIDATED ELECTRICAL DISTRIBUTORS
INC
DBA CED GREENTECH
CO TROUTMAN PEPPER HAMILTON SANDERS LI
SUITE 1800  4000 TOWN CENTER
SOUTHFIELD  MI 48075-1505

CONSOLIDATED ELECTRICAL DISTRIBUTORS
INC
CO KAY KRESS
TROUTMAN PEPPER HAMILTON SANDERS LLP
4000 TOWN CENTER  SUITE 1800
SOUTHFIELD  MI 48075-1505

CONTINENTAL LINEN SERVICES
4200 MANCHESTER RD
KALAMAZOO MI 49001-0835

CORY OSBORN
10025 REXFORD RD
GRASS LAKE  MI 49240-9768

~~EXCLUDE~~

~~(D)CORY OSBORN~~
~~10025 REXFORD RD~~
~~GRASS LAKE MI 49240-9768~~

CRAINE  WEINER
ATTN JAMES NORRIS
5805 SEPULVEDA BLVD
4TH FLOOR
VAN NUYS CA 91411-2532

CRYSTAL M RICE
5490 BELLEVUE RD
ONONDAGA  MI 49264-9777

CURTIS HOUCK
212 S 5TH ST
EDMORE MI 48829-8403

DLL FINANCIAL SOLUTIONS
PARTNER
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087-1453

DALE DAVIS
10528 WARNER RD
CARSON CITY MI 48811-9682

DALE WANKE
5019 GENESEE RD
FLINT MI 48506-1537

DALES TREE SERVICE
27 N BUYS RD
MUSKEGON MI 49445-2217

DALLAS MCCOY
8599 E EATON HWY
MULLIKEN MI 48861-9640

USPS FIRST CLASS MAIL CERTIFICATE OF SERVICE
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

DANA WIGTON
2310 PIERCE ST
FLINT MI 48503-6411

DANIEL J HATCH
BUTZEL LONG  PC
300 OTTAWA AVE NW  SUITE 620
GRAND RAPIDS  MI 49503-2308

DAVID BEELEN
6864 112TH ST
HOLLAND MI 49424-9238

DAVID ROSE
5115 RIVES EATON RD
RIVES JUNCTION MI 49277-9672

DAVID SEBENICK
795 N WEST RD
LAINGSBURG MI 48848-9368

DENIS BUMPUS
18973 DOYLE CT
GREGORY MI 48137-9511

DENNIS KONZEN
450 TREASURE ISLAND
MATTAWAN MI 49071-9470

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

DUANE HERBERT
10505 W VAN ORDEN RD
FOWLERVILLE MI 48836-9234

DUANE TRAVIOLI
7786 BROOKLYN RD
JACKSON MI 49201-7265

EGO STUDIOS  LLC
DBA SIGNS BY EGO
CO IAN SCHOFIELD
7125 CAPRI STREET
PORTAGE MI 49002-9414

EDWARD BROWN
58650 RUMSEY RD
THREE RIVERS MI 49093-9402

ELEMENT 22 COMMERCIAL GROUP
2425 S 11TH ST
SUITE D
KALAMAZOO MI 49009-2113

ELKE FORYSTEK
4960 SHEPPER RD
STOCKBRIDGE MI 49285-9461

ERIC DREW
13406 TUSCOLA RD
CLIO MI 48420-1851

ETNA DISTRIBUTORS  LLC
CO NCS
729 MINER ROAD
HIGHLAND HEIGHTS  OH 44143-2117

FAYLENE NAUSADIS
2057 FOREST LN
NEWAYGO MI 49337-9257

FIELDS LAWN CARE AND
MAINTENANCE
1101 N EDWARDS
KALAMAZOO MI 49007-3509

FIRE PROS
2710 NORTHRIDGE DR NW
GRAND RAPIDS MI 49544-9112

FLORIDA DEPARTMENT OF REVENUE
FREDERICK F RUDZIK  ESQ
PO BOX 6668
TALLAHASSEE  FL 32314-6668

FRANK WEINBRECHT
3112 N M43
HASTINGS MI 49058-7943

GM FINANCIAL
4001 EMBARCADERO
ARLINGTON TX 76014-4106

GM FINANCIAL
PO BOX 1510
COCKEYSVILLE MD 21030-7510

GM FINANCIAL
PO BOX 183123
ARLINGTON TX 76096-3123

GLEN BOLF
10043 SHERIDAN
BURT MI 48417-9759

GLORIA POWELL
2641 SENICA ST
FLINT MI 48504-7132

GORDON WATER SYSTEMS
618 E CROSSTOWN PKWY
KALAMAZOO MI 49001-2502

USPS FIRST CLASS MAIL SERVICE LIST (24-01123-swd)
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

GREAT LAKES CULINARY DESIGNS
24101 W 9 MILE RD
SOUTHFIELD MI 48033-3972

GREGORY CASTERLINE
897 CANRIGHT ST
BATTLE CREEK MI 49037

HL PLC DBA HENN LESPERANCE PLC
32 MARKET AVE  SUITE 400
ATTN KATE BOGUS  COO  CFO
GRAND RAPIDS  MI 49503-4065

HONOR CREDIT UNION
CO BUTLER ROWSEOBERLE PLLC
24525 HARPER AVENUE
ST CLAIR SHORES MI 48080-1286

HALLMAN WINDOW WASHING
48485 MEADOW OAK TRL
MATTAWAN MI 49071-8614

HAROLD EMENS
11591 SEELEY RD
WALDRON MI 49288-9729

HENN LESPERANCE
32 MARKET AVE SW  SUITE 400
GRAND RAPIDS MI 49503-4065

HIRA KAYANI
55 ORRAWA AVE SW
906
GRAND RAPIDS  MI 49503

(P)HONOR CREDIT UNION
ATTN CREDIT SOLUTIONS
8385 EDGEWOOD ROAD
BERRIEN SPRINGS MI 49103-9004

HUE MARTIN ROBINSON
1053 BURTON ST SE
GRAND RAPIDS MI 49507-3358

IIX (VERISK)
GENERAL POST OFFICE BOX
PO BOX 27828
NEW YORK NY 10087-7828

IMPACT RADIO  LLC
59750 CONSTANTINE RD
THREE RIVERS MI 49093-9303

JM HOME IMPROVEMENT LLC
320 FULLER ST
NASHVILLE MI 49073-9769

~~EXCLUDE~~
~~(D) (P)JPMORGAN CHASE BANK  N A~~
~~BANKRUPTCY MAIL INTAKE TEAM~~
~~700 KANSAS LANE FLOOR 01~~
~~MONROE LA 71203-4774~~

~~EXCLUDE~~
~~(D) (P)JPMORGAN CHASE BANK  N A~~
~~BANKRUPTCY MAIL INTAKE TEAM~~
~~700 KANSAS LANE FLOOR 01~~
~~MONROE LA 71203-4774~~

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
CO NATIONAL BANKRUPTCY SERVICES  LLC
PO BOX 9013
ADDISON  TEXAS 75001-9013

JAMES FROEHLICH
14266 8 MILE RD
STANWOOD MI 49346-9388

JAMES HERBERT
2718 BRANCH RD
FLINT MI 48506-2919

JAMES POMAVILLE
9 E SALZBURG RD
BAY CITY MI 48706-9712

JAMES SAUNDERS
3569 W JEFFERSON RD
PENTWATER MI 49449-9734

JAMES WORKMAN
8880 SPICERVILLE HWY
EATON RAPIDS MI 48827-8903

JAMORUS CAMPBELL
2018 WHITTLESEY ST
FLINT MI 48503-4349

JAN LOVEJOY
876 ELY ST
ALLEGAN MI 49010-1543

JASON DIEBEL
4701 BAILEY BRIDGE RD
CHASE MI 49623

JASON STEINHAUS
286 EDGEWOOD DR
JACKSON MI 49201-9642

JEAN SANTIAGO
640 N 12TH ST
NILES MI 49120-2512

JEANNE COLLINGS
2479 DUMONT RD
ALLEGAN MI 49010

USPS FIRST CLASS MAIL SERVICE RECIPIENTS. Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

JEREMY KLINE
302 N MADISON ST
PERRY MI 48872-8177

JEREMY MICHAEL KLINE
302 N MADISON ST 123
PERRY  MI 48872-8177

JIM WELLMAN
9851 MCDONALED RD
PARMA MI 49269-9742

JOHN BOWSHER
9777 E ML AVE
GALESBURG MI 49053-9627

JOHN GRETKA
10889 N GILMORE RD
FARWELL MI 48622-9279

JOHN ROGERS
1730 MICHAEL DR
ALGER MI 48610-9399

JOHN WILLFORD
4205 WILLFORD RD
GLADWIN MI 48624-9468

JORDAN VALASEK
4217 SMITH RD
OTTAWA LAKE MI 49267

JOSEPH HOFFERT
35558 MARGURITE LN
PAW PAW MI 49079-8836

JOSHUA L THOMPSON
13772 E MN AVE
CLIMAX MI 49034-9643

JOSHUA L THOMPSON
13772 EAST MN AVE
CLIMAX MI 49034-9643

~~EXCLUDE~~
~~(D)JOSHUA L THOMPSON~~
~~13772 EAST MN AVE~~
~~CLIMAX MI 49034-9643~~

JOSHUA THOMPSON
13772 E MN AVENUE
CLIMAX MI 49034-9643

JOSHUA THOMPSON
13772 EAST MN AVE
CLIMAX MI 49034-9643

JUDY BROWN
1247
CARR RD
MUSKEGON MI 49442-4723

KDP RETIREMENT PLAN SVCS INC
PO BOX 120190
GRAND RAPIDS MI 49528-0104

KALAMAZOO BASEBALL CLUB  LLC
CO PERRY G PASTULA
2745 DEHOOP AVE SW
WYOMING  MI 49509-1867

KALAMAZOO BASEBALL  LLC
251 MILLS ST
KALAMAZOO MI 49048-2434

KAREN LUKS
2122 BARSTOW
LANSING MI 48906-3856

KAREN THOMAS
8025 S LOOMIS RD
DEWITT MI 48820-9752

KATHLEEN HARRIS
229 GRAND ST
SPRINGPORT MI 49284

KATHLEEN WILLIAMS
3820 S WAVERLY RD
EATON RAPIDS  MI 48827-9775

KEILEN LAW  PLC
141 E MICHIGAN AVE
SUITE 602
KALAMAZOO MI 49007-3943

LAFCU
106 N MARKETPLACE BLVD
LANSING MI 48917-7753

LAFCU
CO RICHARD PRASNICKI
1607 E BIG BEAVER RD  STE 201
TROY  MICHIGAN 48083-2068

LI  PLACEHOLDER
REIMBURSABLE EXPENSES LI
SEE BALANCE SHEET
PORTAGE MI 49002

LAMONT CLARK
255 ONEITA ST N
BATTLE CREEK MI 49037-2461

USPS FIRST CLASS MAIL SERVICE LIST 11/19/2021
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

LIEU SABIN
11968 S GROVER LN
BALDWIN MI 49304-7619

LISA SWILLEY
5455 HARVARD ST
FLINT MI 48505

LOCKHART MANAGEMENT
2725 AIRVIEW BLVD
SUITE 202
PORTAGE MI 49002-1805

LOCKHART MANAGEMENT  CONSULTING  LLC
HONIGMAN LLP  ATTN SCOTT B KITEI
660 WOODWARD AVE
2290 FIRST NATIONAL BUILDING
DETROIT  MI 48226-3506

LOTTE FAY AIKENSJONES
519 CRESTON ST
MUSKEGON MI 49442-2222

LYLE KENDRICK
2998 LYONS RD
OWOSSO MI 48867-9167

M DEWEY  LLC
CO OWEN D RAMEY
136 E MICHIGAN AVE STE 800
KALAMAZOO MI 49007-3914

MI PRINTWORKS
509 MILLS ST
KALAMAZOO MI 49001-2530

MANNY REYES
6113 KENBROOK RD
LANSING MI 48911-5419

MARK GRIFFEN
1214 MARTHA CT
ALLEGAN MI 49010-9094

MARVIN HUSTON (SMITH)
55214 COUNTY ROAD 687
HARTFORD MI 49057-8841

MARY ALPHENAAR
7326 OWEN DR
KALAMAZOO MI 49009-8878

MATTHEW LYSTER
3550 WESTCOVE DR
PORTAGE MI 49024-1080

MATTHEW SANDERSON
12948 RIVERSIDE DR
CONSTANTINE MI 49042-9711

MEGAN OVERLEY
241 SIGEL AVE
BATTLE CREEK MI 49037-1454

MELISSA STAMM
4230 E X AVE
VICKSBURG MI 49097-8737

MERRITTE NYE
1512 BRADY AVE
BURTON MI 48529-2012

MICAHEL HIEMSTRA
177 S EAST ST
FREEPORT MI 49325-9739

MICHAEL DEFORREST
2427 N 33RD ST
GALESBURG MI 49053-9445

MICHAEL I ZOUSMER  ESQ
ZOUSMER LAW GROUP  PLC
4190 TELEGRAPH RD  SUITE 3000
BLOOMFIELD HILLS MI 48302-2082

MICHAEL JOBUSCH
6589 SHERMAN RD
FOUNTAIN MI 49410-9736

MICHAEL ZOUSMER
ZOUSMER LAW GROUP  PLC
4190 TELEGRAPH RD  SUITE 3000
BLOOMFIELD HILLS MI 48302-2082

MICHELE WEAVER
14745 22 12 MILE RD
MARSHALL MI 49068-9379

MICHIGAN HOME PROS
10879 WEST MT HOPE HWY
VERMONTVILLE MI 49096-9760

MILES HAGGADONE
9475 LAKE RD
MONTROSE MI 48457-9715

MILLERS WHOLESALE  INC
2450 W COLUMBIA AVE
BATTLE CREEK MI 49015-8639

MULLER  BAATENBURG  WILSON
LAW GROUP  PC
979 SPAULDING AVE SE  STE B
ADA MI 49301-3706

USPS FIRST CLASS MAIL SERVICE LIST. Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

MYFLEETCENTERCOM
PO BOX 620130
MIDDLETON WI 53562-0130

NATHAN DAVIDSON
19 HIGHLAND AVE
BATTLE CREEK MI 49015-2609

NOAH DAVY
13770 MASON DR
GRANT MI 49327-9680

OFFICE OF THE US TRUSTEE
125 OTTAWA STREET  SUITE 200R
GRAND RAPIDS  MI 49503-2865

ORAN SPARKS
471 TERRACE CT
KALAMAZOO MI 49001-2973

PATRICIA SIMS
340 BERTHA ST NW
COMSTOCK PARK MI 49321-9105

PAUL FATH
3739 LAURIA RD
BAY CITY MI 48706-8113

PEARL CERTIFICATION
9450 SW GEMINI DR
PMB 83738
BEAVERTON OR 97008-7105

(P)PEOPLE DRIVEN CREDIT UNION
ATTN COLLECTIONS
24333 LAHSER RD
SOUTHFIELD MI 48033-6041

PEOPLE DRIVEN CREDIT UNION
ATTN RICHARD PRASNICKI
1607 E BIG BEAVER RD  STE 201
TROY  MICHIGAN 48083-2068

PILLARS AUTO GLASS LLC
486 105TH AVE
PLAINWELL MI 49080-9575

PLAYFLY LLC
CO MSU SPORTS PROPERTIES
PO BOX 743049
LOS ANGELES CA 90074-3049

PRIORITY HEALTH
1231 EAST BELTLINE AVE NE
MS 1340
GRAND RAPIDS  MI 49525-4596

PRISCILLA BATHGATE
69573 EISENHOWER RD
STURGIS MI 49091-9564

QUALITY PLUMBING  DRAIN
2450 COLUMBIA AVE W
BATTLE CREEK MI 49015-8639

RACHEL MINICHINO
1321 WARREN AVE
JACKSON MI 49203-3731

RANDY HERMATZ
5019 E WILSON RD
REDFORD MI 48240

REACH OUTDOOR
8982 COMPAS PT CR
GALESBURG MI 49053-8769

REACH OUTDOOR  LLC
8982 COMPASS POINT CIRCLE
GALESBURG  MI 49053-8769

RHONDA MILLER
700 MEADOWBROOK DR
HUDSON MI 49247-9734

RICHARAD BREEN
6650 N STONE RD
HESPERIA MI 49421-9219

RICHARD ZILKE
11579 LAKEVIEW DR
BROOKLYN MI 49230-9337

RICK JAQUAY
119 W LOCKWOOD RD
COLDWATER MI 49036-9755

ROB PEARSALL
9784 ONSTED HWY
ONSTED MI 49265-9707

ROBERT HULL
515 MCCLINTOCK ST
LAINGSBURG MI 48848-9761

ROBERT SNOW
9285 HUCKLEBERRY RD
BERRIEN CENTER MI 49102-9736

ROGER  JAMIE CREE
15630 S 22ND ST
VICKSBURG MI 49097-9787

USPS FIRST CLASS MAIL SERVICE LIST
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ROGER BUCK
3257 W HOLMES RD
LANSING MI 48911

ROGER SCHULTZ
3208 ROMENCE RD
PORTAGE MI 49024-4057

ROGER SUGG
11441 HOGAN RD
GAINES MI 48436-9618

ROGER WALDO
4517 LILY CT
WHITE CLOUD MI 49349-8756

RONALD BARNES
1955 CAMPGROUND RD
HASTINGS MI 49058-9356

SANDRA KOEHLER
3708 PONTIAC AVE
KALAMAZOO MI 49006-2077

SCOTT ANDREWS
10064 IOSCO RD
FOWLERVILLE MI 48836-9274

SCOTT KUKAL
1441 SWAIN ST
WHITE CLOUD MI 49349-9206

SCOTT MUELLER
5241 PLAINFIELD AVE NE  STE C
GRAND RAPIDS  MI 49525-1060

SCOTT PAULBONHAM
300 LAKE CT
SAINT JOSEPH MI 49085-1632

SEAN HEPHNER
14228 BEECHER RD
HUDSON MI 49247-8205

SHANE HARLAN
1562 LONGMONT AVE NW
GRAND RAPIDS MI 49504

SHANNON BANKS
4764 N EASTMAN RD
MIDLAND MI 48642-8252

SHIRLEY STANSBERRY
986 S BENTON CENTER RD
BENTON HARBOR MI 49022-9808

SPECTRUM
1600 DUBLIN RD
COLUMBUS  OH 43215-2098

STACY CREED
617 MCDONALD AVE
FLINT MI 48507-2777

STAR2STAR COMMUNICATIONS LLC
PO BOX 97231
LAS VEGAS NV 89193-7231

~~EXCLUDE~~

~~(U)STELLANTIS FINANCIAL SERVICES~~

(P)STENSON TAMADDON  LLC
ATTN ATTN CO BEN DARCHE AGC
1 NORTH CENTRAL
STE 1030
PHOENIX AZ 85004-4407

STENSON TAMADDON  LLC
CO LANE AND NACH  PC
2001 E CAMPBELL AVENUE  103
PHOENIX  AZ 85016-5573

STEVEN HOOVEN
4738 KAREL JEAN CT SW
WYOMING MI 49519-4529

STEVEN MCCLURG
695 PEMBERTON LN
JACKSON MI 49203-7126

SUNLIGHT FINANCIAL
234 WEST 39TH ST
7TH FLOOR
NEW YORK NY 10018-4945

SUNPOWER
PO BOX 742368
LOS ANGELES CA 90074-2368

(P)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

TAMARA BROTT
1653 4TH ST NW
GRAND RAPIDS MI 49504-4811

TAMEKA STINSON
4805 WEST HOME AVE
FLINT MI 48504

USPS FIRST CLASS MAIL SERVICE LIST
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

TEAM FINANCIAL GROUP  INC
650 3 MILE RD NW
SUITE 200
GRAND RAPIDS MI 49544-1624

THE COMPUTER GUILD
3400 WESTNEDGE AVE
KALAMAZOO MI 49008-2970

THOMAS RICE
5490 BELLEVUE RD
ONONDAGA MI 49264-9777

TONDA WHITE
287 INDIAN LAKES RD NE
SPARTA MI 49345

TOWNSQUARE MEDIA
OF BATTLE CREEKKALAMAZOO
27139 NETWORK PLACE
CHICAGO IL 60673-1271

TYLER FREESE
21700 W GARY RD
BRANT MI 48614-8798

TYLER MACOMBER
11661 BEAR MEADOWS DR SE
ALTO MI 49302-9083

TYLER MACOMBER
11661 E BEAR MDWS DR SE
ALTO MI 49302-9083

URBAN SOLAR
990 S ROGERS CIRCLE
SUITE 4
BOCA RATON FL 33487-2836

VANDERVOORT  CHRIST  FISHER
ATTN NELSON KARRE
70 MICHIGAN AVE WEST
SUITE 450
BATTLE CREEK MI 49017-3638

VENEM  LLC
7017 S WESTNEDGE AVE
PORTAGE MI 49002-4206

VERNON BAUER
3101 N WOODRUFF RD
WEIDMAN MI 48893-9701

WALDO ENTERPRISES
122 SOUTH RIVER STREET
EATON RAPIDS  MI 48827-1331

WELLS FARGO BANK NA
ATTN BANKRUPTCY
PO BOX 10347
DES MOINES IA 50306-0347

WELLS FARGO COMMERCIAL
DISTRIBUTION FINANCE  LLC
5595 TRILLIUM BLVD
HOFFMAN ESTATES IL 60192-3405

WELLS FARGO EQUIP FINANCE
CUSTOMER CARE
PO BOX 3072
CEDAR RAPIDS IA 52406-3072

WELLS FARGO VENDOR FINANCIAL SERVICES
LLC
ATTN LA NEICE BROWN
800 WALNUT STREET  MAC F0005-055
DES MOINES  IA 50309-3891

WHARRY ENGINEERING
427 CAPITAL AVE SW
BATTLE CREEK MI 49015-2554

WHIP AROUND
1650 N COAST HIGHWAY 101
ENCINITAS CA 92024-1020

WHIP AROUND
6302 FAIRVIEW RD
309
CHARLOTTE NC 28210-2234

ANDREW L MITCHELL
ANDREW L MITCHELL  INC
1485 NARLOCK RD
CEDAR  MI 49621-9760

JAMES R OPPENHUIZEN
OPPENHUIZEN LAW FIRM  PLC
125 OTTAWA AVE NW
SUITE 237
GRAND RAPIDS  MI 49503-2850

JOHN W POLDERMAN
SIMON PLC ATTORNEYS  COUNSELORS
363 W BIG BEAVER ROAD
SUITE 410
TROY  MI 48084-5300

JOSHUA L THOMPSON
CO CBH ATTORNEYS  COUNSELORS PLLC
25 DIVISION AVENUE S
SUITE 500
GRAND RAPIDS  MI 49503-4233

~~EXCLUDE~~
~~(D)KATHLEEN WILLIAMS~~
~~3820 S WAVERLY RD~~
~~EATON RAPIDS  MI 48827-9775~~

KELLY M HAGAN
KELLY M HAGAN  CHAPTER 7 TRUSTEE
PO BOX 384
ACME  MI 49610-0384

(P)OFFICE OF THE U S  TRUSTEE
ATTN KENNETH G LAU TRIAL ATTORNEY
125 OTTAWA AVENUE NW
SUITE 200R
GRAND RAPIDS MI 49503-2837